UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL VICTOR,

    *Plaintiff,*

v.

KIMBERLY REYNOLDS, et al.,

    D*efendants*.
_____/

CASE NO. 20-13218
DISTRICT JUDGE THOMAS L. LUDINGTON
MAGISTRATE JUDGE PATRICIA T. MORRIS

## ORDER ON PLAINTIFF'S DISCOVERY MOTIONS (ECF Nos. 47, 54 & 55)

Plaintiff filed several discovery motions (ECF Nos. 47, 54 & 55) and oral argument was held on June 13, 2022.

For the reasons further stated on the record, as to unresolved issue number one, Plaintiff's motion to take a 30(b)(6) deposition of an ACH representative is GRANTED. Defendant must produce a representative from ACH who provided active management of the contract between the Otsego County Jail and ACH at the time of the incident alleged in the complaint within 60 days of this order.

As to unresolved issue number two, Plaintiff's Motion to Compel (ECF No. 54) telephone records is GRANTED IN PART. Defendant must either produce: (1) phone records (cellular or otherwise) of all persons who were working or on a call during the relevant time period of the incident alleged in the complaint, i.e., from the time Plaintiff was booked until he was released on April 28, 2019, or (2) authorization and any information necessary to provide Plaintiff the ability to access those records from any phone provider within 30 days of this order.

As to unresolved issue number three, Plaintiff's Motion to Compel (ECF No. 54) is GRANTED IN PART. Defendant must produce, for the relevant time period (booking until release), staffing schedules and any confirmation documentation that staff listed on the schedule actually worked at the time indicated on the schedule, e.g., time sheets, pay stubs, or the like, within 45 days of this order.

As to unresolved issue number four, Plaintiff's Motion to Compel (ECF No. 54) is DENIED without prejudice.

Defendant's Motion for Protective Order (ECF No. 55) is DENIED.

Cross motions for costs and fees as requested by both parties are DENIED.

Plaintiff's Rule 56(d) Motion (ECF No. 47) is GRANTED.

Plaintiff's Motion to Extend Discovery (ECF No. 54) is GRANTED. Discovery is extended for 90 days from the date of this order.

**IT IS ORDERED.**

Date: June 14, 2022               S/ PATRICIA T. MORRIS
                                  Patricia T. Morris
                                  United States Magistrate Judge