# EXHIBIT 1

# Loss Run Report

### GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00':'UFL0059924-00 SIR':'UFL0059924-01':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700
EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

**Policy:** UFL0059924-00     **Term:** 8/1/2016 to 8/1/2017

**Cvg.:** ACH-16XS     **Insd:** Advanced Correctional Healthcare, Inc.     **Term:** 8/1/2016 to 8/1/2017

**Carrier:** Arch Specialty Insurance Company

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.



| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type   Status | | Location | Cause Code | | LAEPaid | IndemPaid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat   Age   Sex   Loss City, State | | | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

**ACH-16XS-445312** | 13067590 | Hoski Arch Specialty Insurance Company | CORR | 4/27/2017 | 05/17/2017 | | 5/17/2017 |

Suit     Woodford County Jail     NGL-OTHR     PRIOR:

Brown, David R. - Deceased     Advanced Correctional Healthcare, Inc.

Paid:
Pend:
Resv:
Incur:

57   M   Eureka, IL

Alleged Flr to send IM out for care or direct further evaluation post fall r/i death

**ACH-16XS-445341** | 13092520 | Arch Specialty Insurance Company | CORR | 3/28/2017 | 07/20/2017 | | 7/20/2017 | 2/14/2020

Suit     Whiteside County Jail     MED-DENI     Paid:

Brown, Dontee L.     Advanced Correctional Healthcare, Inc. / Alma Martija, M.D. /Julie     Pend:

Watkins, L.P.N.     Resv:

Incur:

26   M   Morrison, IL

Alleged Dr failed to send IM for eval after officers administered wrong meds - Dr took IM off of mental health medication

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-02' SIR';'UFL0059924-00 SIR';'UFL0059924-01 SIR';'UFL0059924-02';'004150700';'004150700
EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001 EXCESS';'HC7AACBQEK001';'HC7AACBQEK002') and Claim Type equals "Suit".

**Policy: UFL0059924-00**  
**Cvg.: ACH-16XS**  

Insd: Advanced Correctional Healthcare, Inc.          **Term: 8/1/2016 to 8/1/2017**  
Carrier: Arch Specialty Insurance Company          **Term: 8/1/2016 to 8/1/2017**

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type  Status | | Location | Cause Code | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat  Age  Sex  Loss City, State | | | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

ACH-16XS-472457  13027270  Arch Specialty Insurance Company   CORR   7/30/2016  02/02/2017   2/2/2017  9/14/2018

Suit                               Delaware County Jail         DENIAL.

Howell, Richard B. - III           Advanced Correctional Healthcare, Inc.

M   40   M   Muncie, IN

Paid:  
Pend:  
Resv:  
Incur:

Denied proper medical care r/i taken to hospital in respiratory failure and septic shock

ACH-16XS-445310  13055040  Hoski  Arch Specialty Insurance Company   CORR   11/16/2015  04/17/2017   4/17/2017

Suit                               Buchanan County Jail         FLR-MEDS

Stufflebean, Justin - Deceased     Advanced Correctional Healthcare, Inc. / Ann Marie Slagle, L.P.N. /

S   27   M   Saint Joseph, MO        Catherine M. Van Voorn, M.D.

PRIOR:  
Paid:  
Pend:  
Resv:  
Incur:

# Loss Run Report
## GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00':'UFL0059924-00 SIR':'UFL0059924-01':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700 EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy: UFL0059924-00**     Insd: Advanced Correctional Healthcare, Inc.     **Term: 8/1/2016 to 8/1/2017**
**Cvg.: ACH-16XS**     Carrier: Arch Specialty Insurance Company     **Term: 8/1/2016 to 8/1/2017**
Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | | Cause Code | | LAEPaid | Indem Paid | Indem Paid | Total Paid |
| Claimant Name | | Insureds | | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001 EXCESS';'HC7AACBQEK001';'HC7AACBQEK002') and Claim Type equals "Suit".

Policy:UFL0059924-00
Cvg.: ACH-16XS
Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

Insd: Advanced Correctional Healthcare, Inc.
Carrier: Arch Specialty Insurance Company

Term: 8/1/2016 to 8/1/2017
Term: 8/1/2016 to 8/1/2017

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | Cause Code | | | LAEPaid | Indem Paid | Total Paid |
| Claimant Name | | Insureds | | | | LAEPending | Indem Pending | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | Indem Reserve | Total Reserve |
| Alleged | | | | | | LAEIncurred | Indem Incurred | Total Incurred |

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00':'UFL0059924-00 SIR':'UFL0059924-01':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700
EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001':'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-00 SIR          Insd: Advanced Correctional Healthcare, Inc.                                Term: 8/1/2016 to 8/1/2017
Cvg.: ACH-16                       Carrier: Arch Specialty Insurance Company                                  Term: 8/1/2016 to 8/1/2017
Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| Claim Type | Status | Location | Cause Code | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

ACH-16-362325          13037920 Fani        Arch Specialty Insurance Company          CORR          4/30/2016   03/06/2017   11/9/2020   3/6/2017
Suit                                        Racine County Jail                        FLR-TX                                 Paid:
Adams, Alex Terrell                         Advanced Correctional Healthcare, Inc.                                           Pend:
     25   M   Racine, WI                                                                                                      Resv:
                                                                                                                             Incur:

Fit to monitor and provide proper care for seizure

ACH-16-351360          12952040            Arch Specialty Insurance Company          CORR          1/11/2013   10/13/2016   1/11/2018   10/13/2016
Suit/DenCo                                 Rock County Jail                          FLR-TX                                 Paid:
Anderson, Christopher A.                    Karen Butler, M.D. / Nurse Andi / Nurse Brandi / Nurse Jill / Nurse            Pend:
     25   M   Janesville, WI                Meghan / Nurse Pam / Nurse Tracey                                              Resv:
                                                                                                                           Incur:

Mental health needs not properly addressed

ACH-16-371744                              Arch Specialty Insurance Company          CORR          1/15/2014   07/26/2017   11/8/2017   7/26/2017
Suit                                       Johnson County Jail                       FLR-TX                                 Paid:
Barger, Jerel                              Advanced Correctional Healthcare, Inc.                                           Pend:
     M   Franklin, IN                                                                                                       Resv:
                                                                                                                           Incur:

Inappropriate care provided r/i requires treatment for life

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00':'UFL0059924-00 SIR':'UFL0059924-01':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700
EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-00 SIR
Cvg.: ACH-16
Insd: Advanced Correctional Healthcare, Inc.
Carrier: Arch Specialty Insurance Company

Term: 8/1/2016 to 8/1/2017
Term: 8/1/2016 to 8/1/2017

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | Cause Code | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |



| ACH-16-362091 | 13036210 | Arch Specialty Insurance Company | CORR | 4/19/2015 | 03/02/2017 | 6/19/2019 | 3/2/2017 | |
| Suit | | LaPorte County Jail | NGL-OTHR | | Paid: | | | |
| Barnes, Rachel A. - Deceased | | Advanced Correctional Healthcare, Inc. / Weldon Cooke, M.D. | | | Pend: | | | |
| W | 33 | F | La Porte, IN | | Resv: | | | |
| | | | | | Incur: | | | |

Flr to monitor and have IM seen by medical for alcohol withdrawal r/i death from seizure




| ACH-16-351414 | 12953050  Fani | Arch Specialty Insurance Company | CORR | 4/17/2015 | 10/14/2016 | 11/9/2020 | 10/14/2016 | |
| Suit | | Saline County Detention Center | DEL-TX | | Paid: | | | |
| Black, Rodney Eugene | | Jill Moore / Jill Bennett / Dan Williams, P.A. | | | Pend: | | | |
| | | M | Harrisburg, IL | | Resv: | | | |
| | | | | | Incur: | | | |

Delay in sx on thumb flr to provide appropriate psych care or meds r/i lost movement in thumb bc it did not heal properly

| ACH-16-355097 | 13013620 | Arch Specialty Insurance Company | CORR | 9/23/2016 | 12/21/2016 | 4/15/2019 | 12/21/2016 | |
| Suit | | Saline County Detention Center | FLR-TX | | Paid: | | | |
| Black, Rodney Eugene | | Charles Paulius, M.D. | | | Pend: | | | |
| | | M | Harrisburg, IL | | Resv: | | | |
| | | | | | Incur: | | | |

Flr to provide adequate tx for toothache delay in tx from dentist

# Loss Run Report

### GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00';'UFL0059924-00' SIR';'UFL0059924-01';'UFL0059924-01' SIR';'UFL0059924-02';'UFL0059924-02' SIR';'004150700';'004150700'
EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-00 SIR      Insd: Advanced Correctional Healthcare, Inc.      Term: 8/1/2016 to 8/1/2017
Cvg.: ACH-16      Carrier: Arch Specialty Insurance Company      Term: 8/1/2016 to 8/1/2017

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type   Status | | Location | Cause Code | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat Age Sex Loss City, State | | | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

**ACH-16-363615**   000013046520   Arch Specialty Insurance Company   CORR    Incident 3/11/2015   Claim 03/24/2017   Closed 6/20/2017   Reported 3/24/2017
Suit     Lawrence County Security Center   DELIBIN
Brooking, Kevin L.    Advanced Correctional Healthcare, Inc.
40   M   Bedford, IN
       Paid:
       Pend:
       Resv:
       Incur:

Placed in cell w/ another IM who attacked him who failed to provide prompt medical care

**ACH-16-367206**   13067590   Hoski Arch Specialty Insurance Company   CORR    Incident 4/27/2017   Claim 05/17/2017   Closed 1/28/2021   Reported 5/17/2017
Suit     Woodford County Jail   NGL-OTHR
Brown, David R. - Deceased    Advanced Correctional Healthcare, Inc.
57   M   Eureka, IL
       Paid:
       Pend:
       Resv:
       Incur:

Fit to send IM out for care or direct further evaluation post fall r/i death

**ACH-16-371553**   13092520   Arch Specialty Insurance Company   CORR    Incident 3/28/2017   Claim 07/20/2017   Closed 1/28/2021   Reported 7/20/2017   Reopened 2/14/2020
Suit     Whiteside County Jail   MED-DENI
Brown, Dontee L.    Advanced Correctional Healthcare, Inc. / Alma Martija, M.D. / Julie Warkins, L.P.N.
26   M   Morrison, IL
       Paid:
       Pend:
       Resv:
       Incur:

Dr failed to send IM for eval after officers administered wrong meds - Dr took IM off of mental health medication

**ACH-16-364328**   13050390   Arch Specialty Insurance Company   CORR    Incident 7/6/2016   Claim 04/04/2017   Closed 2/8/2021   Reported 4/4/2017
Suit     McLean County Detention Facility   FLR-PPME
Carr, Ransom Cody    Advanced Correctional Healthcare, Inc. / Nasser Gayed, M.D.
  M   Bloomington, IL
       Paid:
       Pend:
       Resv:
       Incur:

Fit to provide any pain medication for injuries he suffered in a fight





# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-02 SIR';'UFL0059924-00 SIR';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700
EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-00 SIR
Cvg.: ACH-16
Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

**Insd: Advanced Correctional Healthcare, Inc.**
**Carrier: Arch Specialty Insurance Company**

Term: 8/1/2016 to 8/1/2017
Term: 8/1/2016 to 8/1/2017

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| Claim Type | Status | | Location | | | | | Cause Code | | LAEPaid | Indem Paid | Total Paid |
| Claimant Name | | | Insureds | | | LAEPending | Indem Pending | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | Indem Reserve | Total Reserve |
| Alleged | | | | | | LAEIncurred | Indem Incurred | Total Incurred |

ACH-16-352557  12961200  Arch Specialty Insurance Company  CORR  10/27/2015  11/03/2015  1/15/2018  11/3/2016
Suit  Knox County Jail  NGL-OTHR
**Corbin, Joey - Estate of**  Advanced Correctional Healthcare, Inc. / Amy S. Stomberg, R.N.
26  M  Galesburg, IL

Paid:
Pend:
Resv:
Incur:

Fit to properly assess suicidal pt re suicidal death by hanging

ACH-16-363470  0001304900  Arch Specialty Insurance Company  CORR  2/10/2015  03/22/2017  8/30/2018  3/22/2017
Suit  Mower County Jail  DENIAL
**DeLuna, Geronimo**  Advanced Correctional Healthcare, Inc. / William Scheidt, M.D.
38  M  Austin, MN

Paid:
Pend:
Resv:
Incur:

Denial of medical care for toe infection

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

*Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-00 SIR';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001 EXCESS';'HC7AACBQEK001';'HC7AACBQEK002') and Claim Type equals "Suit".*

Policy: UFL0059924-00 SIR     Insd: Advanced Correctional Healthcare, Inc.     Term: 8/1/2016 to 8/1/2017

Cvg.: ACH-16     Carrier: Arch Specialty Insurance Company     Term: 8/1/2016 to 8/1/2017

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Claim Type   Status | | Location | Cause Code | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat Age Sex   Loss City, State | | | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

ACH-16-372053     Arch Specialty Insurance Company     CORR     9/13/2016   07/31/2017   12/5/2017   7/31/2017

Suit     Hall County Jail     FLR-TX

**Filhiol, Charles A.**     Advanced Correctional Healthcare, Inc.

M   Grand Island, NE

Paid:

Pend:

Resv:

Incur:

Flr to provide timely and appropriate tx for burns that he recvd from assault by another IM

ACH-16-354246     13006470     Arch Specialty Insurance Company     CORR     2/18/2015   12/06/2016   11/19/2018   12/6/2016

Suit/Corre     Sauders County Jail     DELIBIN

**Gillock, John D.**     Advanced Correctional Healthcare, Inc.

40   M   Wahoo, NE

Paid:

Pend:

Resv:

Incur:

Flr to prov. meds to shrink brain tumor flr to prov. adeq, tx for tooth pain

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

Policy Number in ('UFL0059924-00' SIR','UFL0059924-01','UFL0059924-02' SIR','UFL0059924-01' SIR','UFL0059924-02' SIR','004150700','004150700','004150700'
EXCESS','004150701','004150701' EXCESS','HC7AACBQEK001','HC7AACBQEK001' EXCESS','HC7AACBQEK002','HC7AACBQEK002') and Claim Type equals 'Suit'.

**Policy: UFL0059924-00 SIR**
**Cvg.: ACH-16**

**Insd: Advanced Correctional Healthcare, Inc.**     **Term: 8/1/2016 to 8/1/2017**
**Carrier: Arch Specialty Insurance Company**     **Term: 8/1/2016 to 8/1/2017**

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type Status | | Location | Cause Code | | LAEPaid | | Indem Paid | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | | Indem Pending | Total Pending |
| M.Stat Age Sex Loss City, State | | | | | LAEReserve | | Indem Reserve | Total Reserve |
| Alleged | | | | | LAEIncurred | | Indem Incurred | Total Incurred |

ACH-16-368907 | 000013075320 | Arch Specialty Insurance Company | CORR | 2/9/2017 | 06/08/2017 | 12/3/2021 | 6/8/2017
Suit — Fond du Lac County Jail — FLR-TX
Goodvine, Christopher A. — Jennifer Watjen
36 M Fond Du Lac, WI
Paid: / Pend: / Resv: / Incur:

Mental health not appropriately treated r/i self inflicted injury

ACH-16-362715 | 000013062715 | Arch Specialty Insurance Company | CORR | 2/7/2017 | 03/09/2017 | 6/14/2017 | 3/9/2017
Suit — Sullivan County Jail — FLR-MEDS
Griffin, Ronald R. — Advanced Correctional Healthcare, Inc.
72 M Sullivan, IN
Paid: / Pend: / Resv: / Incur:

Fit to continue outside medications at jail

ACH-16-365463 | 000013056480 | Arch Specialty Insurance Company | CORR | 2/19/2016 | 04/21/2017 | 5/20/2019 | 4/21/2017
Suit — Whiteside County Jail — FLR-MEDS
Harris, Louis C. — Dan E. Williams, P.A. / Advanced Correctional Healthcare, Inc.
M Morrison, IL
Paid: / Pend: / Resv: / Incur:

Civil rights case - Flr to provide/denied heart medication

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-02 SIR';'UFL0059924-01';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700'
EXCESS';'004150701 EXCESS';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-00 SIR
Cvg.: ACH-16

Insd: Advanced Correctional Healthcare, Inc.
Carrier: Arch Specialty Insurance Company

Term: 8/1/2016 to 8/1/2017
Term: 8/1/2016 to 8/1/2017

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Incident | Claim | Closed | Reported | Reopened |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Claim Type  Status | | Location | | LAEPaid | IndemPaid | Indem Paid | Total Paid |
| Claimant Name | | Insureds | | LAEPending | Indem Pending | Indem Pending | Total Pending |
| M.Stat Age Sex  Loss City, State | | | | LAEReserve | Indem Reserve | Indem Reserve | Total Reserve |
| Alleged | | Facility/Dept. Cause Code | | LAEIncurred | Indem Incurred | Indem Incurred | Total Incurred |

ACH-16-358156    13027270    Arch Specialty Insurance Company    7/30/2016   02/02/2017   7/30/2021   2/2/2017    9/14/2018
Suit                        Delaware County Jail
Howell, Richard B. - III    Advanced Correctional Healthcare, Inc.    CORR
 M   40  M   Muncie, IN                                              DENIAL

Paid:
Pend:
Resv:
Incur:

Denied proper medical care r/i taken to hospital in respiratory failure and septic shock

ACH-16-366451    13063120 Hoskin    Arch Specialty Insurance Company    7/1/2015    05/04/2017   9/21/2020   5/4/2017    12/16/2018
Suit                        Scotts Bluff County Detention Center
Hunt, Larry L.              Advanced Correctional Healthcare, Inc.    CORR
 51  M   Gering, NE                                                  DEL-TX

Paid:
Pend:
Resv:
Incur:

Delay in tx of IM who c/o loss of vision in one eye post fall

ACH-16-348050    00012939950    Arch Specialty Insurance Company    8/4/2014    08/19/2016   11/8/2018   8/19/2016
Suit                        Hendricks County Jail
Jarvis, James              Advanced Correctional Healthcare, Inc. / Ronald Davis, M.D.    CORR
 26  M   Danville, IN                                                MED-DENI

Paid:
Pend:
Resv:
Incur:

Flr to provide seizure medication r/i personal injuries and damages

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00':'UFL0059924-00 SIR':'UFL0059924-01':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700
EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-00 SIR
Cvg.: ACH-16
**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

Insd: Advanced Correctional Healthcare, Inc.                    Term: 8/1/2016 to 8/1/2017
Carrier: Arch Specialty Insurance Company                       Term: 8/1/2016 to 8/1/2017

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type   Status | | Location | Cause Code | | LAEPaid | IndemPaid | | TotalPaid |
| Claimant Name | | Insureds | | | LAEPending | IndemPending | | TotalPending |
| M.Stat Age Sex  Loss City, State | | | | | LAEReserve | IndemReserve | | TotalReserve |
| Alleged | | | | | LAEIncurred | IndemIncurred | | TotalIncurred |

**ACH-16-363609** | 000013046540 | Arch Specialty Insurance Company | CORR | 2/16/2017 | 03/24/2017 | 7/8/2018 | 3/24/2017
Suit | | Racine County Jail | DEN-OTH
Lamb, Casey V. | | Advanced Correctional Healthcare, Inc. / Litisha Ramus, A.P.N.
34  M  Racine, WI

Paid:
Pend:
Resv:
Incur:

Denied approp. dental care

---

**ACH-16-358197** | 000013013690? | Arch Specialty Insurance Company | CORR | 12/22/2016 | 02/02/2017 | 5/23/2017 | 2/2/2017
Suit | | Geary County Detention Center | IMP-TX
Mack, David Anthony | | Advanced Correctional Healthcare, Inc. / Gary McIntosh, P.A.
M  Junction City, KS

Paid:
Pend:
Resv:
Incur:

Multiple complaints – lack of tx and inadequate tx of HIV positive condition emotional distress and injuries suffered post fall

---

**ACH-16-355019** | 000013013690 | Arch Specialty Insurance Company | CORR | 6/9/2016 | 12/20/2016 | 7/21/2017 | 12/20/2016
Suit/Corre | | Pulaski County Detention Center | FLR-TX
Mershah, Naenb | | Charles Paulius, M.D. / Janna Cornelius, R.N.
22  M  Ullin, IL

Paid:
Pend:
Resv:
Incur:

Flr to appropriately respond and tx for bowel obstruction

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00':'UFL0059924-01':'UFL0059924-00 SIR':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700 EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001 EXCESS':'HC7AACBQEK001':'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-00 SIR
Insd: Advanced Correctional Healthcare, Inc.
Term: 8/1/2016 to 8/1/2017

Cvg.: ACH-16
Carrier: Arch Specialty Insurance Company
Term: 8/1/2016 to 8/1/2017

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Claim Type | Status | | Location | Cause Code | | LAEPaid | Indem Paid | Total Paid |
| Claimant Name | | Insureds | | | | LAEPending | Indem Pending | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | | LAEReserve | Indem Reserve | Total Reserve |
| Alleged | | | | | | LAEIncurred | Indem Incurred | Total Incurred |

ACH-16-366369    13061080  Fulop- Arch Specialty Insurance Company    CORR           7/18/2016    05/03/2017    11/9/2020    5/3/2017
Suit                                 Franklin County Jail (IL)                   MED-DENI                   Paid:
Osborne, James M.                    Leon Kehrer, N.P. / Ashley Crider, L.P.N.                              Pend:
   M   Benton, IL.                                                                                          Resv:
                                                                                                           Incur:

Denied medication for nerve pain

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00':'UFL0059924-00 SIR':'UFL0059924-01':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700 EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001':'HC7AACBQEK002') and Claim Type equals "Suit".*

Policy: **UFL0059924-00 SIR**
Cvg.: **ACH-16**

Insd: **Advanced Correctional Healthcare, Inc.**
Carrier: **Arch Specialty Insurance Company**

Term: 8/1/2016 to 8/1/2017
Term: 8/1/2016 to 8/1/2017

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | Cause Code | | LAEPaid | Indem Paid | Indem Pending | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | Indem Reserve | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | Indem Reserve | Indem Incurred | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ACH-16-367270 | | Arch Specialty Insurance Company | CORR | 8/19/2016 | 05/18/2017 | 5/17/2018 | 5/18/2017 | 5/17/2018 |
| Suit | | Atchison County Law Enforcement Center | DENIAL | **Paid:** | | | | |
| **Powell, Darren Lee** | | Crystal Martin | | **Pend:** | | | | |
| 37 | M | Atchison, KS | | **Resv:** | | | | |
| | | | | **Incur:** | | | | |
| Denied proper medical treatment | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ACH-16-363466 | 00013045670 | Arch Specialty Insurance Company | CORR | 10/26/2015 | 03/22/2017 | 8/4/2017 | 3/22/2017 | |
| Suit/Corre | | Sangamon County Detention Facility | DELIBIN | **Paid:** | | | | |
| **Ross, Michael E.** | | Dan E. Williams, P.A. | | **Pend:** | | | | |
| 21 | M | Springfield, IL | | **Resv:** | | | | |
| | | | | **Incur:** | | | | |
| Deliberate indifference to pltfs serious medical condition | | | | | | | | |

# Loss Run Report

### GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700';
EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".

Insd: Advanced Correctional Healthcare, Inc.
Carrier: Arch Specialty Insurance Company

Policy: UFL0059924-00 SIR
Cvg.: ACH-16

Term: 8/1/2016 to 8/1/2017
Term: 8/1/2016 to 8/1/2017

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| Claim Type | Status | Location | Cause Code | | LAEPaid | IndemPaid | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | IndemPending | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | IndemReserve | Total Reserve |
| Alleged | | | | | LAEIncurred | IndemIncurred | Total Incurred |

---

ACH-16-364957   000013053660   Arch Specialty Insurance Company   CORR   3/18/2017   04/12/2017   4/22/2022   4/12/2017   1/22/2019
Suit                            Sangamon County Detention Facility   NGL-OTHR   Paid:
Rusher, Tiffany A. - Deceased   Advanced Correctional Healthcare, Inc.            Pend:
27  F  Springfield, IL                                                            Resv:
                                                                                   Incur:

Fit to place IM in mental health facility appropriate to her severe disease r/i successful suicide

---

ACH-16-349446   00012939950   Arch Specialty Insurance Company   CORR   7/1/2016   09/13/2016   2/15/2017   9/13/2016
Suit/Corre                     Vernon County Jail                 IMP-TX   Paid:
Shockley, Richard Eugene        Karen Doerry, M.D.                           Pend:
67  M  Nevada, MO                                                            Resv:
                                                                             Incur:

Complaint that the has not recvd proper dental care nor has he recvd checkups w/ outside specialists for cancer and heart conditions

---

ACH-16-368616   13073530   Arch Specialty Insurance Company   CORR   5/18/2017   06/05/2017   11/9/2020   6/5/2017
Suit                       Delaware County Jail                FLR-TX   Paid:
Shreeve, Ryan              Advanced Correctional Healthcare, Inc. /Terri Hamilton   Pend:
     M  Muncie, IN                                                          Resv:
                                                                            Incur:

Fit to properly care for HIV and diabetes

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

Policy Number in ('UFL0059924-00':'UFL0059924-01':'UFL0059924-00 SIR':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700':'004150700
EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-00 SIR                                                                              Term: 8/1/2016 to 8/1/2017
Cvg.: ACH-16                          Insd: Advanced Correctional Healthcare, Inc.                    Term: 8/1/2016 to 8/1/2017
                                      Carrier: Arch Specialty Insurance Company
Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | Cause Code | | LAEPaid | IndemPaid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | IndemPending | | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | IndemReserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | IndemIncurred | | Total Incurred |

ACH-16-362121    000013037350   Arch Specialty Insurance Company   CORR      4/6/2016   03/02/2017   12/10/2018   3/2/2017
Suit                            Fulton County Jail                 FLR-TX                Paid:
Smizer, Wendell R.              Advanced Correctional Healthcare, Inc.                   Pend:
  29  M  Lewistown, IL                                                                   Resv:
Attempted suicide twice due to lack of proper tx at the jail                             Incur:

ACH-16-366439    13062940       Arch Specialty Insurance Company   CORR      9/3/2014   05/04/2017   10/8/2018   5/4/2017
Suit                            Johnson County Jail                FLR-TX                Paid:
Snapp, Christopher L.           Letha Courtney, L.P.N. / Advanced Correctional Healthcare, Inc.   Pend:
  30  M  Centerview, MO                                                                  Resv:
Flt to properly address ongoing medical issues                                          Incur:

ACH-16-358196    13026600 Donov Arch Specialty Insurance Company   CORR      11/22/2016 02/02/2017  5/15/2019   2/2/2017
Suit                            Sangamon County Detention Facility DENIAL                Paid:
Southard, Benny T.              Advanced Correctional Healthcare, Inc. / Arun Abraham, M.D. / Mary   Pend:
  44  M  Springfield,IL         Danbacher, N.P.                                          Resv:
Denied tx for Hep C and denied proper mental health care                                Incur:

ACH-16-367779    13069610 Donov Arch Specialty Insurance Company   CORR      2/2/2017   05/24/2017   5/15/2019   5/24/2017
Suit                            Sangamon County Detention Facility DENIAL                Paid:
Southard, Benny T.              Advanced Correctional Healthcare, Inc. / Arun Abraham, M.D. / Mary   Pend:
  44  M  Springfield,IL         Danbacher, N.P. / Kate Daniels, F.N.P.                   Resv:
Denied appropriate vision care violation of HIPAA rights r/i migraine headaches         Incur:

ACH-16-357011    13019930       Arch Specialty Insurance Company   CORR      7/22/2016  01/17/2017   9/17/2018   1/17/2017
Suit                            Morgan County Jail (IL)            FLR-TX                Paid:
Starks, Juan LaMonte            Gregory L. Rakestraw, D.O.                                Pend:
  D wAC  45  M  Jacksonville, IL                                                         Resv:
Flt to provide proper tx for kidney failure and related back pain                       Incur:

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals 'Suit'.*

**Policy: UFL0059924-00 SIR**

**Cvg.: ACH-16**

**Term: 8/1/2016 to 8/1/2017**

**Term: 8/1/2016 to 8/1/2017**

**Insd: Advanced Correctional Healthcare, Inc.**

**Carrier: Arch Specialty Insurance Company**

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | | Location | Cause Code | | LAEPaid | | Indem Paid | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | Indem Reserve | Total Reserve |
| Alleged | | | | | | LAEIncurred | Indem Incurred | Total Incurred |

ACH-16-365183  13055040  Hoski  Arch Specialty Insurance Company  CORR  11/16/2015  04/17/2017  4/17/2017

Suit  Buchanan County Jail  FLR-MEDS

Stufflebean, Justin - Deceased  Advanced Correctional Healthcare, Inc. / Ann Marie Slagle, L.P.N. /

S  27  M  Saint Joseph, MO  Catherine M. Van Voorn, M.D.

Flr to provide prescription medication for variety of preexisting medical conditions r/i medical condition deteriorated and pt expired

Paid:
Pend:
Resv:
Incur:

ACH-16-349651  000012340807  Arch Specialty Insurance Company  CORR  6/15/2015  09/16/2016  11/9/2020  9/16/2016

Suit  Hamilton County Jail  DENIAL

Tobin, Janet G.  Advanced Correctional Healthcare, Inc.

S  61  F  Noblesville, IN

Flr to provide medical care for stroke, ignored her complaints r/i pain  suffering

Paid:
Pend:
Resv:
Incur:

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

Policy Number in ('UFL0059924-00';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700
EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".

**Policy: UFL0059924-00 SIR**
**Cvg.: ACH-16**

**Insd: Advanced Correctional Healthcare, Inc.**
**Carrier: Arch Specialty Insurance Company**

**Term: 8/1/2016 to 8/1/2017**
**Term: 8/1/2016 to 8/1/2017**

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | Cause Code | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat Age Sex | Loss City, State | | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

**ACH-16-357654**
Suit
**Wheeler, Arthur D.**
M — Pontiac, IL

Arch Specialty Insurance Company
Livingston County Jail (IL)
Gregory L. Rakestraw, D.O. / James A. Pulliam, L.P.N.

CORR
FLR-TX

Incident 3/10/2016 | 01/26/2017 | 2/16/2018 | 1/26/2017

Paid:
Pend:
Resv:
Incur:

Lack of tx. for big knot on left side of head and big bruise

**ACH-16-370894**
Suit
**Widmer, Michael L.**
51 M — Paxton, IL

Arch Specialty Insurance Company
Ford County Jail
Advanced Correctional Healthcare, Inc.

CORR
FLR-MEDS

Incident 6/28/2017 | 07/12/2017 | 5/16/2018 | 7/12/2017

Paid:
Pend:
Resv:
Incur:

Fit to provide appropriate mental health medication

**ACH-16-366738**
Suit
**Wills, William J. - III**
28 M — Centerview, MO

13063320

Arch Specialty Insurance Company
Johnson County Jail
Karen Doerry, M.D.

CORR
FLR-TX

Incident 5/27/2015 | 05/09/2017 | 2/8/2021 | 5/9/2017

Paid:
Pend:
Resv:
Incur:

Fit to provide appropriate tx of fMs injuries suffered from correctional officers severe beatings

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001 EXCESS';'HC7AACBQEK001';'HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy: UFL0059924-00 SIR**
**Cvg.: ACH-16**

Insd: Advanced Correctional Healthcare, Inc.
Carrier: Arch Specialty Insurance Company

**Term: 8/1/2016 to 8/1/2017**
**Term: 8/1/2016 to 8/1/2017**

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | Cause Code | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-02 SIR':'UFL0059924-00 SIR';'UFL0059924-01 SIR';'UFL0059924-02 SIR';'004150700';'004150700
EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001';'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-01
Cvg.: ACH-17XS
Insd: Advanced Correctional Healthcare, Inc.
Carrier: Arch Specialty Insurance Company

Term: 8/1/2017 to 8/1/2018
Term: 8/1/2017 to 8/1/2018

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Claim Type | Status | | Location | Cause Code | | | | LAEPaid | Indem Paid | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | LAEReserve | Indem Reserve | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | Total Incurred |

ACH-17XS-445335
Suit
Ivey, Mark A. - Deceased
S  30  M  Mexico, MO

00013152520  F Arch Specialty Insurance Company
Audrain County Jail
Advanced Correctional Healthcare, Inc.

CORR
FLR-TX

7/22/2016  12/14/2017  12/14/2017

PRIOR:
Paid:
Pend:
Resv:
Incur:

Fit to properly dx manage complications order tests and underatke other actions r/i wrongful death

ACH-17XS-445338
Suit
Marshall, Andrew C. - Deceased
M  Centerview, MO

000013170640  Arch Specialty Insurance Company
Johnson County Jail
Advanced Correctional Healthcare, Inc. / Laura Renee Voss, D.O.

CORR
HEM-GAST

1/15/2018  02/08/2018  5/4/2022  2/8/2018

PRIOR:
Paid:
Pend:
Resv:
Incur:

Suspected perforated ulcer or other gastrointestinal bleed r/i death on 1/18/18

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-00 SIR';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700';'004150700
EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001 EXCESS';'HC7AACBQEK001';'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-01                                    Term: 8/1/2017 to 8/1/2018
Cvg.: ACH-17XS                                           Term: 8/1/2017 to 8/1/2018
Insd: Advanced Correctional Healthcare, Inc.
Carrier: Arch Specialty Insurance Company
Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Claim Type | Status | Location | Cause Code | | LAEPaid | IndemPaid | IndemPaid | TotalPaid |
| Claimant Name | | Insureds | | | LAEPending | IndemPending | IndemPending | TotalPending |
| M.Stat | Age | Sex | Loss City, State | | LAEReserve | IndemReserve | IndemReserve | TotalReserve |
| Alleged | | | | | LAEIncurred | IndemIncurred | IndemIncurred | TotalIncurred |
| ACH-17XS-532537 | 13155750 | Scarpa | Arch Specialty Insurance Company | CORR | 10/9/2017 | 12/28/2017 | 12/28/2017 | 12/28/2017 | 8/9/2021 |
| Suit | | | St. Francois County Jail | INJ-OTH | | Paid: | | | |
| Tupper, Tabitha - Estate of | | | Advanced Correctional Healthcare, Inc. | | | Pend: | | | |
| 32 | F | Farmington, MO | | | | Resv: | | | |
| | | | | | | Incur: | | | |

IM died from necrotic brain tumor

# Loss Run Report

### GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".*

Policy: UFL0059924-01
Cvg.: ACH-17XS

Insd: Advanced Correctional Healthcare, Inc.    Term: 8/1/2017 to 8/1/2018
Carrier: Arch Specialty Insurance Company    Term: 8/1/2017 to 8/1/2018

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.



| Claim Number Claim Type Status Claimant Name M.Stat Age Sex Loss City, State Alleged | Carrier Claim # | Carrier Name Insureds Location | Facility/Dept. Cause Code | Incident | Claim LAEPaid LAEPending LAEReserve LAEIncurred | Closed Indem Paid Indem Pending Indem Reserve Indem Incurred | Reported Total Paid Total Pending Total Reserve Total Incurred | Reopened |
|---|---|---|---|---|---|---|---|---|
| ACH-17XS-445313 Suit Wilson, Dante - Estate of  39  M  Janesville, WI | 00001312436 H | Arch Specialty Insurance Company Rock County Jail Kim Beede, L.P.N. | CORR DELIBIN | 8/17/2015 | 10/03/2017 | 12/2/2021 | 10/3/2017 | 6/17/2019 |
| PRIOR: Paid: Pend: Resv: Incur: | | | | | | | | |

Alleged: Deliberate indifference to pts complaints of chest pain r/i death

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-01';'UFL0059924-02';'UFL0059924-02';'004150700';'004150700' EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001';'HC7AACBQEK002') and Claim Type equals "Suit".

**Policy:** UFL0059924-01
**Cvg.:** ACH-17XS

Insd: Advanced Correctional Healthcare, Inc.
Carrier: Arch Specialty Insurance Company

Term: 8/1/2017 to 8/1/2018
Term: 8/1/2017 to 8/1/2018

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | Cause Code | | LAEPaid | Indem Paid | Indem Paid | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | Indem Pending | Total Pending |
| M.Stat \| Age \| Sex | Loss City, State | | | | LAEReserve | Indem Reserve | Indem Reserve | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | Indem Incurred | Total Incurred |

PRIOR:
Paid:
Pend:
Resrv:
Incur:
Recov:
Net:

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002';'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-00 SIR      Insd: Advanced Correctional Healthcare, Inc.      Term: 8/1/2017 to 8/1/2018
Cvg.: ACH-17      Carrier: Arch Specialty Insurance Company      Term: 8/1/2017 to 8/1/2018

Policy: UFL0059924-01 SIR

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | | Insureds | | | | | |
| | | | Cause Code | | LAEPaid | Indem Paid | Total Paid | |
| Claimant Name | | Location | | | LAEPending | Indem Pending | Total Pending | |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | Indem Reserve | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | Total Incurred | |

| ACH-17-380016 | 00001135830 | Arch Specialty Insurance Company | CORR | 3/6/2017 | 11/01/2017 | 1/28/2021 | 11/1/2017 | |
| Suit | | Jefferson County Jail | DELIBIN | | Paid: | | | |
| Batie, Tryzell | | Cheryl Brown, L.P.N. | | | Pend: | | | |
| 23 | M | Mount Vernon, IL | | | Resv: | | | |
| | | | | | Incur: | | | |

Deliberate indifference to pltf's complaints of wisdom teeth pain

| ACH-17-382486 | 13148300 | Arch Specialty Insurance Company | CORR | 7/3/2017 | 12/05/2017 | 11/19/2018 | 12/5/2017 | |
| Suit | | Jefferson County Jail | DELIBIN | | Paid: | | | |
| Beneway, Laura | | Cheryl Brown, L.P.N. / Charles Paulius, M.D. | | | Pend: | | | |
| 52 | F | Mount Vernon, IL | | | Resv: | | | |
| | | | | | Incur: | | | |

Deliberate indifference to serious medical condition

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00':'UFL0059924-00 SIR':'UFL0059924-01':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700
EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

| Policy: UFL0059924-01 SIR | Insd: Advanced Correctional Healthcare, Inc. | Term: 8/1/2017 to 8/1/2018 |
|---|---|---|
| Cvg.: ACH-17 | Carrier: Arch Specialty Insurance Company | Term: 8/1/2017 to 8/1/2018 |

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | Cause Code | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ACH-17-385923 | 00001316725O | Arch Specialty Insurance Company | CORR | 11/30/2017 | 01/25/2018 | 4/27/2021 | 1/25/2018 | |
| Suit | | Dunklin County Jail | FLR-MEDS | | Paid: | | | |
| Benford, Terry Lewis | | Ashley Grisham, R.N. / Charles S. Pewitt, D.O. | | | Pend: | | | |
| | | M | Kennett, MO | | | Resv: | | | |
| | | | | | Incur: | | | |

Fit to provide appropriate medication for diabetic

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ACH-17-396648 | 13220090 | Arch Specialty Insurance Company | CORR | 12/6/2017 | 06/20/2018 | 1/28/2021 | 6/20/2018 | |
| Suit | | Cape Girardeau County Jail | FLR-TX | | Paid: | | | |
| Bryant, Matthew Glenn | | Advanced Correctional Healthcare, Inc. / Charles S. Pewitt, D.O. | | | Pend: | | | |
| | | M | Jackson, MO | | | Resv: | | | |
| | | | | | Incur: | | | |

Fit to provide adequate mental health care r/i multiple suicide attempts

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00':'UFL0059924-00 SIR':'UFL0059924-01':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700
EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-01 SIR

Cvg.: ACH-17

Insd: Advanced Correctional Healthcare, Inc.

Carrier: Arch Specialty Insurance Company

Term: 8/1/2017 to 8/1/2018

Term: 8/1/2017 to 8/1/2018

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type  Status | | Location | Cause Code | | LAEPaid | Indem Paid | Indem Pending | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | LAEReserve | Indem Reserve | Total Pending |
| M.Stat Age Sex  Loss City, State | | | | | LAEIncurred | | Indem Incurred | Total Reserve |
| Alleged | | | | | | | | Total Incurred |

ACH-17-394721 | 000013207800 | Arch Specialty Insurance Company | CORR | 10/6/2017 | 05/21/2018 | 12/2/2021 | 5/21/2018 | 4/28/2021

Suit — Woodbury County Jail — DEL-TX

Cummings, Austin B.

Stephanie Schade / Dana Stevens

23 | M | Sioux City, IA

Paid:
Pend:
Resv:
Incur:

Delay in tx of broken hand complaints about psychotropic medication

ACH-17-385679 | 13168280 | Arch Specialty Insurance Company | CORR | 8/28/2017 | 01/22/2018 | 1/28/2021 | 1/22/2018

Suit — Dunklin County Jail — NGL-OTHR

Downs, Michael J.

Ashley Grisham, R.N. / Charles S. Pewitt, D.O.

| M | Kennett, MO

Paid:
Pend:
Resv:
Incur:

Deprived of Rx meds, did not receive med attention for injured wrist, no sick call forms or program at jail, inadequate staffing, flr to provide necessities, flr to intervene when excessive force and inappropriate restraints used

ACH-17-385958 | 13168280  13 | Arch Specialty Insurance Company | CORR | 8/28/2017 | 01/22/2018 | 9/14/2018 | 1/22/2018

Suit — Dunklin County Jail — NGL-OTHR

Downs, Michael J.

Ashley Grisham, R.N. / Charles S. Pewitt, D.O.

| M | Kennett, MO

Paid:
Pend:
Resv:
Incur:

Deprived of Rx meds, did not receive med attention for injured wrist, no sick call forms or program at jail, inadequate staffing, flr to provide necessities, flr to intervene when excessive force and inappropriate restraints used



# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy: UFL0059924-01 SIR**
**Cvg.: ACH-17**

Insd: Advanced Correctional Healthcare, Inc.
Carrier: Arch Specialty Insurance Company

Term: 8/1/2017 to 8/1/2018
Term: 8/1/2017 to 8/1/2018

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| Claim Type | Status | Location | Cause Code | | LAEPaid | Indem Paid | Indem Paid | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | Indem Pending | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | Indem Reserve | Indem Reserve | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | Indem Incurred | Total Incurred |

**ACH-17-385571** · 000013163010 · Arch Specialty Insurance Company · CORR · 11/21/2017 · 01/19/2018 · 8/8/2018 · 1/19/2018
Suit — Phelps County Jail — NGL-OTHR
Garner, Travis Leroy
31 | M | Rolla, MO

Paid:
Pend:
Resv:
Incur:

Delayed and negligent tx for broken pinky finger

**ACH-17-384309** · 13157560 · Arch Specialty Insurance Company · CORR · 5/4/2017 · 01/02/2018 · 8/9/2018 · 1/2/2018
Suit — Pulaski County Detention Center — FLR-TX
Ghorplay, Owen M.
| M | Ullin, IL

Paid:
Pend:
Resv:
Incur:

Pro se male inmate alleged flr to provide tx and evaluation for pain in lungs and heart and irregular breathing

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700
EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-01 SIR                                                                     Term: 8/1/2017 to 8/1/2018
Cvg.: ACH-17          Insd: Advanced Correctional Healthcare, Inc.                            Term: 8/1/2017 to 8/1/2018
                      Carrier: Arch Specialty Insurance Company

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type   Status | | Location | Cause Code | | LAEPaid | IndemPaid | IndemPaid | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | IndemPending | IndemPending | Total Pending |
| M.Stat Age Sex  Loss City, State | | | | | LAEReserve | IndemReserve | IndemReserve | Total Reserve |
| Alleged | | | | | LAEIncurred | IndemIncurred | IndemIncurred | Total Incurred |

**ACH-17-396820**    13221400   Donov Arch Specialty Insurance Company    CORR
Suit    Saline County Detention Center    DELIBIN
Hale, Shannon Zinn    Advanced Correctional Healthcare, Inc. / Dan E. Williams, M.D.
M   Harrisburg, IL

Incident: 12/22/2014   Claim: 06/22/2018   Closed: 5/15/2019   Reported: 6/22/2018
Paid:   Pend:   Resv:   Incur:

Flr to provide adequate health care after beaten by correctional officers

**ACH-17-394246**    13205970   Arch Specialty Insurance Company    CORR
Suit    Richland County Jail    DELIBIN
Hammock, Bruce A.    Advanced Correctional Healthcare, Inc.
M   Mansfield, OH

Incident: 9/22/2015   Claim: 05/14/2018   Closed: 7/2/2019   Reported: 5/14/2018
Paid:   Pend:   Resv:   Incur:

Flr to tx IM for injuries suffered in singlecar DUI accident flr to prop. tx for dental complaint

**ACH-17-383215**    13152520   Fulop- Arch Specialty Insurance Company    CORR
Suit    Audrain County Jail    FLR-TX
Ivey, Mark A. - Deceased    Stephanie Hildebrand, R.N.
S   30   M   Mexico, MO

Incident: 7/22/2016   Claim: 12/14/2017   Closed: 4/13/2021   Reported: 12/14/2017
Paid:   Pend:   Resv:   Incur:

Flr to properly dx manage complications order tests and underatke other actions r/i wrongful death

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

Policy Number in ('UFL0059924-00';'UFL0059924-00' SIR';'UFL0059924-01';'UFL0059924-01' SIR';'UFL0059924-02';'UFL0059924-02' SIR';'004150700';'004150700'
EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".

| Policy: UFL0059924-01 SIR | Insd: Advanced Correctional Healthcare, Inc. | Term: 8/1/2017 to 8/1/2018 |
|---|---|---|
| Cvg.: ACH-17 | Carrier: Arch Specialty Insurance Company | Term: 8/1/2017 to 8/1/2018 |

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | | Location | Cause Code | | LAEPaid | Indem Paid | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | Total Pending |
| M.Stat | Age | Sex | Loss City, State | Alleged | | LAEReserve | Indem Reserve | Total Reserve |
| | | | | | LAEIncurred | Indem Incurred | Total Incurred |




**ACH-17-384812** 
Suit 
Jackson, Anthony 
| M | Kennett, MO 
Arch Specialty Insurance Company 
Dunklin County Jail 
Ashley Grisham, R.N. / Charles S. Pewitt, D.O. 
CORR 
FLR-TX 
12/6/2016 | 01/11/2018 | 6/14/2018 | 1/11/2018 
Paid: 
Pend: 
Resv: 
Incur:

Flr to provide proper care and tx for IM w/ multiple sclerosis

**ACH-17-373183**   00013103730 
Suit 
Jennings, Brian W. 
| 34 | M | Benton, IL 
Arch Specialty Insurance Company 
Franklin County Jail (IL) 
Ashley Crider, L.P.N. 
CORR 
DELIBIN 
8/5/2016 | 08/18/2017 | 9/21/2017 | 8/18/2017 
Paid: 
Pend: 
Resv: 
Incur:

Flr to provide proper tx after attacked by other inmates

**ACH-17-384126**   13156390 
Suit 
Johnson, Maurice Antone 
| 31 | M | Osceola, MO 
Arch Specialty Insurance Company 
St. Clair County MO Jail 
Karen Doerry, M.D. 
CORR 
NGL-OTHR 
6/4/2015 | 12/29/2017 | 10/26/2018 | 12/29/2017 
Paid: 
Pend: 
Resv: 
Incur:

Flr to provide narcotics or an outside referral for infection in jawbone

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00':'UFL0059924-00' SIR':'UFL0059924-01':'UFL0059924-01' SIR':'UFL0059924-02':'UFL0059924-02' SIR':'004150700':'004150700 EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-01 SIR
Cvg.: ACH-17

Insd: Advanced Correctional Healthcare, Inc.
Carrier: Arch Specialty Insurance Company

Term: 8/1/2017 to 8/1/2018
Term: 8/1/2017 to 8/1/2018

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Claim Type | Status | Location | Cause Code | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat Age Sex | Loss City, State | | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

| ACH-17-380504 | 13139440 | Dono▪Arch Specialty Insurance Company | CORR | 9/1/2017 | 11/08/2017 | 1/18/2020 | 11/8/2017 | 7/30/2018 |
| Suit | | Summit County Jail | DC-PV | Paid: | | | | |
| Jones, Anthony Lashaunn - Deceased | | Advanced Correctional Healthcare, Inc. | | Pend: | | | | |
| 36 M | Akron, OH | | | Resv: | | | | |

IM died after an altercation w/ correctional officers.

| ACH-17-389181 | 000013184870 | D Arch Specialty Insurance Company | CORR | 2/1/2017 | 03/14/2018 | 8/28/2019 | 3/14/2018 | |
| Suit | | Jefferson County Jail | FLR-TX | Paid: | | | | |
| Jones, Corbin D. | | Cheryl Brown, L.P.N. | | Pend: | | | | |
| M | Mount Vernon, IL | | | Resv: | | | | |
| | | | | Incur: | | | | |

Flr to provide tx or delayed tx for razor lacerations to hands and acid burns on hands r/i severe pain

| ACH-17-384810 | 13159780 | Arch Specialty Insurance Company | CORR | 6/29/2017 | 01/11/2018 | 8/9/2018 | 1/11/2018 | |
| Suit | | Dunklin County Jail | FLR-TX | Paid: | | | | |
| Jones, Gregory Gene | | Ashley Grisham, R.N. | | Pend: | | | | |
| M | Kennett, MO | | | Resv: | | | | |
| | | | | Incur: | | | | |

Flr to provide appropriate tx for seizure disorder or injuries

| ACH-17-385737 | 13166280 | Arch Specialty Insurance Company | CORR | 9/6/2017 | 01/23/2018 | 12/27/2018 | 1/23/2018 | |
| Suit | | Butler County Adult Detention Facility | DELIBIN | Paid: | | | | |
| Kennerly, Christopher Daniel | | Brooke Haubenstein, R.N. | | Pend: | | | | |
| 30 M | El Dorado, KS | | | Resv: | | | | |
| | | | | Incur: | | | | |

Flr to provide testing and tx for STD and possibly HIV exposure flr to tx toothaches flr to provide glasses denied materials for contact lenses

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-02 SIR':'UFL0059924-00 SIR':'UFL0059924-01':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700
EXCESS':'004150701':'004150701 EXCESS':'004150701 EXCESS':'HC7AACBQEK001 EXCESS':'HC7AACBQEK001':'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-01 SIR
Cvg.: ACH-17

Insd: Advanced Correctional Healthcare, Inc.
Carrier: Arch Specialty Insurance Company

Term: 8/1/2017 to 8/1/2018
Term: 8/1/2017 to 8/1/2018

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type Status | | Location | Cause Code | | LAEPaid | Indem Paid | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | Total Pending |
| M.Stat Age Sex Loss City, State | | | | | LAEReserve | Indem Reserve | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | Total Incurred |

ACH-17-383841
Suit
**Krezinski, David**
M  Wisconsin Rapids, WI

Arch Specialty Insurance Company
Wood County Jail (WI)
Karen Butler, M.D. / Advanced Correctional Healthcare, Inc.

CORR
FLR-MEDS

Incident: 3/5/2016  Claim: 12/22/2017  Closed: 3/8/2018  Reported: 12/22/2017
Paid:
Pend:
Resv:
Incur:

Refused to provide IM w/ medications r/i anxiety attacks

ACH-17-396172   13218210  Hoskin
Suit
**Lewis, Michael D.**
40  M  Charleston, IL

Arch Specialty Insurance Company
Coles County Jail
Wendy Chambers, R.N. / Charles Paulius, M.D.

CORR
DENIAL

Incident: 9/20/2016  Claim: 06/14/2018  Closed: 8/8/2019  Reported: 6/14/2018
Paid:
Pend:
Resv:
Incur:

Fit to provide medical care post fall

ACH-17-376757   13117280
Suit
**Lynom, Terrence**
20  M  Mount Vernon, IL

Arch Specialty Insurance Company
Jefferson County Jail
Cheryl Brown, L.P.N.

CORR

Incident: 4/17/2017  Claim: 09/14/2017  Closed: 7/20/2018  Reported: 9/14/2017
Paid:
Pend:
Resv:
Incur:

Deliberate indifference to serious medical needs

ACH-17-386954   13170640  McMa
Suit
**Marshall, Andrew C. - Deceased**
26  M  Centerview, MO

Arch Specialty Insurance Company
Johnson County Jail
Advanced Correctional Healthcare, Inc./ Laura Renee Voss, D.O.

CORR
HEM-GAST

Incident: 1/15/2018  Claim: 02/08/2018  Closed: 12/2/2021  Reported: 2/8/2018
Paid:
Pend:
Resv:
Incur:

Suspected perforated ulcer or other gastrointestinal bleed r/i death on 1/18/18

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00':'UFL0059924-00' SIR':'UFL0059924-01':'UFL0059924-01' SIR':'UFL0059924-02':'UFL0059924-02' SIR':'004150700':'004150700'
EXCESS':'004150701' EXCESS':'004150701' EXCESS':'HC7AACBQEK001':'HC7AACBQEK001' EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-01 SIR
Cvg.: ACH-17
Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

Insd: Advanced Correctional Healthcare, Inc.
Carrier: Arch Specialty Insurance Company

Term: 8/1/2017 to 8/1/2018
Term: 8/1/2017 to 8/1/2018

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| Claim Type Status | | Location | Cause Code | | LAEPaid | Indem Paid | Indem Pending | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | Indem Reserve | Total Pending |
| M.Stat Age Sex Loss City, State | | | | | LAEReserve | Indem Reserve | Indem Incurred | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |
|---|---|---|---|---|---|---|---|---|
| ACH-17-377770 | 13123150 | Arch Specialty Insurance Company | CORR | 11/1/2016 | 09/29/2017 | 11/12/2018 | 9/29/2017 | |
| Suit | | Summit County Jail | FLR-TX | | Paid: | | | |
| Martin, Troy Lamont | | Advanced Correctional Healthcare, Inc. | | | Pend: | | | |
| 45  M  Akron, OH | | | | | Resv: | | | |
| | | | | | Incur: | | | |

Inadequate medical care r/i fr to dx and tx pneumonia which required subsequent hospitalization

| ACH-17-387294 | 13174270 | Arch Specialty Insurance Company | CORR | 1/25/2017 | 02/14/2018 | 9/26/2018 | 2/14/2018 | |
| Suit | | Laclede County Detention Center | FLR-TX | | Paid: | | | |
| Mask, Dustin Richard | | Paul Burris, N.P. / Marlene Terry, N.P. | | | Pend: | | | |
|   M  Lebanon, MO | | | | | Resv: | | | |
| | | | | | Incur: | | | |

Ignored requests for sick calls lack of appropriate tx

| ACH-17-394908 | 13210230 | Arch Specialty Insurance Company | CORR | 7/28/2017 | 05/23/2018 | 1/28/2021 | 5/23/2018 | |
| Suit | | Livingston County Jail (IL) | DELIBIN | | Paid: | | | |
| Millbrook, Kim Lee | | James A. Pulliam, L.P.N. | | | Pend: | | | |
|   M  Pontiac, IL | | | | | Resv: | | | |
| | | | | | Incur: | | | |

IM fell on right shoulder and back of head when he was tased and did not get proper tx for injuries.

| ACH-17-380635 | 13140190 | Arch Specialty Insurance Company | CORR | 3/31/2017 | 11/10/2017 | 4/12/2022 | 11/10/2017 | |
| Suit | | Dearborn County Jail | FLR-TX | | Paid: | | | |
| Mockbee, Brandon A. | | Advanced Correctional Healthcare, Inc. | | | Pend: | | | |
|   M  Lawrenceburg, IN | | | | | Resv: | | | |
| | | | | | Incur: | | | |

Fit to provide appropriate care for broken foot

| ACH-17-385762 | 13166640 | Arch Specialty Insurance Company | CORR | 6/30/2017 | 01/24/2018 | 6/28/2019 | 1/24/2018 | |
| Suit | | Dunkin County Jail | DELIBIN | | Paid: | | | |
| Moon, Darnell Wesly | | Ashley Grisham, R.N. / Charles S. Pewitt, D.O. | | | Pend: | | | |
|   M  Kennett, MO | | | | | Resv: | | | |
| | | | | | Incur: | | | |

Lack of dental care

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00':'UFL0059924-00 SIR':'UFL0059924-01':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700
EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

**Policy: UFL0059924-01 SIR**
**Cvg.: ACH-17**

**Insd: Advanced Correctional Healthcare, Inc.**
**Carrier: Arch Specialty Insurance Company**

Term: 8/1/2017 to 8/1/2018
Term: 8/1/2017 to 8/1/2018

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type   Status | | Location | Cause Code | | LAEPaid | Indem Paid | Indem Pending | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | LAEReserve | Indem Reserve | Total Pending |
| M.Stat Age Sex   Loss City, State | | | | | LAEIncurred | | Indem Incurred | Total Reserve |
| Alleged | | | | | | | | Total Incurred |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ACH-17-396538 | 13220200 Fani | Arch Specialty Insurance Company | CORR | 5/24/2016 | 06/20/2018 | 7/6/2021 | 6/20/2018 | |
| Suit | | Jefferson County Jail | DENIAL | | Paid: | | | |
| Murphy, Steven | | Cheryl Brown, L.P.N. / Charles Paulius, M.D. | | | Pend: | | | |
| 26  M  Mount Vernon, IL | | | | | Resv: | | | |
| | | | | | Incur: | | | |

Denied proper medical attention for fxd foot and ankle that she suffered during altercation w/ another IM

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ACH-17-401743 | 13234780 | Arch Specialty Insurance Company | CORR | 4/24/2018 | 07/31/2018 | 1/28/2021 | 7/21/2018 | |
| Suit | | Ripley County Jail | FLR-TX | | Paid: | | | |
| Nevil, Noah Wayne - Sr. | | Roy Washington, N.P. | | | Pend: | | | |
| M  Versailles,IN | | | | | Resv: | | | |
| | | | | | Incur: | | | |

Fragments of removed teeth left behind ñ severe pain deliberate indifference

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ACH-17-377775 | 13123860 | Arch Specialty Insurance Company | CORR | 11/23/2016 | 09/29/2017 | 8/28/2018 | 9/29/2017 | |
| Suit | | Logan County Jail (IL) | DELIBIN | | Paid: | | | |
| New, Allan | | Tracy Hammitt, L.P.N. | | | Pend: | | | |
| M  Lincoln, IL | | | | | Resv: | | | |
| | | | | | Incur: | | | |

Deliberate indifference in failing to provide requested mental health treatment, failing to provide treatment for injuries to neck, back and eye, and failing to provide treatment prescribed
by outside physicians

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ACH-17-382993 | | Arch Specialty Insurance Company | CORR | 7/1/2016 | 12/12/2017 | 7/8/2018 | 12/12/2017 | |
| Suit | | Monroe County Correctional Center | FLR-TX | | Paid: | | | |
| Norman, Gary Lee | | Donald R. Weller, PhD. | | | Pend: | | | |
| M  Bloomington, IN | | | | | Resv: | | | |
| | | | | | Incur: | | | |

Flr to provide appropriate medical care for various mental health conditions

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ACH-17-401702 | 000013234670 | Arch Specialty Insurance Company | CORR | 11/26/2017 | 07/31/2018 | 3/2/2020 | 7/31/2018 | |
| Suit | | Franklin County Adult Detention Facility (MO) | APP-APP | | Paid: | | | |
| Nugent, Devin Ray - Deceased | | Advanced Correctional Healthcare, Inc. | | | Pend: | | | |
| 30  M  Union, MO | | | | | Resv: | | | |
| | | | | | Incur: | | | |

Represented male inmate died of acute appendicitis.

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002';'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-01 SIR

Cvg.: ACH-17

Insd: Advanced Correctional Healthcare, Inc.

Carrier: Arch Specialty Insurance Company

Term: 8/1/2017 to 8/1/2018
Term: 8/1/2017 to 8/1/2018

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Claim Type | Status | Location | Cause Code | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat Age Sex | Loss City, State | | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |
| ACH-17-380603 | 13139880 | Arch Specialty Insurance Company | CORR | 9/23/2016 | 11/10/2017 | 10/17/2019 | 11/10/2017 | |
| Suit | | Christian County Jail | FLR-TX | | Paid: | | | |
| Parker, Victor Josiah | | Advanced Correctional Healthcare, Inc. / Karen Doerry, M.D. | | | Pend: | | | |
| 52 M Ozark, MO | | | | | Resv: | | | |
| | | | | | Incur: | | | |

Fit to provide tx for eye injury sustained during attack by other inmates

| ACH-17-381125 | 13142440 | Fulop- Arch Specialty Insurance Company | CORR | 5/11/2017 | 11/17/2017 | 7/6/2021 | 11/17/2017 | |
| Suit | | Piatt County Jail | FLR-TX | | Paid: | | | |
| Payne, Michael A. - II | | Charles Paulius, M.D. | | | Pend: | | | |
| M Monticello, IL | | | | | Resv: | | | |
| | | | | | Incur: | | | |

Fit to provide appropriate meds and mental health care flr to properly manage clotting disorder and Warfarin tx

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700'
EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-01 SIR
Cvg.: ACH-17
**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

Insd: Advanced Correctional Healthcare, Inc.
Carrier: Arch Specialty Insurance Company

Term: 8/1/2017 to 8/1/2018
Term: 8/1/2017 to 8/1/2018

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type     Status | | Location | Cause Code | | LAEPaid | IndemPaid | IndemPaid | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | IndemPending | IndemPending | Total Pending |
| M.Stat Age Sex   Loss City, State | | | | | LAEReserve | IndemReserve | IndemReserve | Total Reserve |
| Alleged | | | | | LAEIncurred | IndemIncurred | IndemIncurred | Total Incurred |

ACH-17-395565  |  13214400 Fani  |  Arch Specialty Insurance Company  |  CORR DELIBIN  |  3/16/2018  |  06/05/2018  |  1/14/2020  |  6/5/2018
Suit  |  Daviess DeKalb Regional Jail
Rimmer, David Alan  |  David J. Ochs, D.O.
M  Pattonsburg, MO

Paid:
Pend:
Resv:
Incur:

Flr to prov. tx or medication for hernia and dental problems

ACH-17-397698  |  13224960 Fani  |  Arch Specialty Insurance Company  |  CORR DELIBIN  |  4/4/2018  |  07/06/2018  |  5/2/2022  |  7/6/2018  |  10/7/2020
Suit  |  Texas County Jail
Scheina, Harry Anthony - III  |  Arthur Bentley, M.D.
M  Houston, MO

Paid:
Pend:
Resv:
Incur:

Flr to prov. approp. tx for preexisting jaw fx

ACH-17-379225  |  13130340  |  Arch Specialty Insurance Company  |  CORR FLR-TX  |  6/27/2017  |  10/18/2017  |  1/28/2021  |  10/18/2017
Suit  |  Dunklin County Jail
Smith, Christopher Gerald  |  Charles S. Pewitt, D.O.
M  Kennett, MO

Paid:
Pend:
Resv:
Incur:

Flr to provide appropriate medication or diet for diabetes



# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-02';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700*
*EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".*

Policy: UFL0059924-01 SIR
Cvg.: ACH-17

**Insd: Advanced Correctional Healthcare, Inc.**
**Carrier: Arch Specialty Insurance Company**

Term: 8/1/2017 to 8/1/2018
Term: 8/1/2017 to 8/1/2018

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | | Location | | | | | |
| | | Insureds | Cause Code | | LAEPaid | Indem Pending | Total Paid | Total Pending |
| Claimant Name | | | | | LAEPending | Indem Pending | Total Pending | Total Reserve |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | Indem Reserve | Total Reserve |
| Alleged | | | | | | LAEIncurred | Indem Incurred | Total Incurred |

**ACH-17-385401** Scarpa — Arch Specialty Insurance Company — CORR — 10/1/2016 | 01/18/2018 | 6/13/2018 | 1/18/2018
Suit — Sangamon County Detention Facility — DELIBIN
**Southard, Benny T.**
Arun Abraham, M.D. / Mary Dambacher, N.P. / Kate Daniels, F.N.P. /
| 44 | M | Springfield, IL
Tracy Hammitt, L.P.N. / Hugh Lochard, M.D.

Paid:
Pend:
Resv:
Incur:

*Refused to provide IM w/ necessary sx to alleviate breathing problems associated w/ prior injury*

**ACH-17-384098** 13155750 Scarpa — Arch Specialty Insurance Company — CORR — 10/9/2017 | 12/28/2017 | | 12/28/2017 | 8/9/2021
Suit — St. Francois County Jail — INJ-OTH
**Tupper, Tabitha - Estate of**
Advanced Correctional Healthcare, Inc.
| 32 | F | Farmington, MO

Paid:
Pend:
Resv:
Incur:

*IM died from necrotic brain tumor*

# Loss Run Report

### GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00';'UFL0059924-00' SIR';'UFL0059924-01';'UFL0059924-01' SIR';'UFL0059924-02';'UFL0059924-02' SIR';'004150700';'004150700'
EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001' EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-01 SIR    Insd: Advanced Correctional Healthcare, Inc.    Term: 8/1/2017 to 8/1/2018

Cvg.: ACH-17    Carrier: Arch Specialty Insurance Company    Term: 8/1/2017 to 8/1/2018

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| Claim Type | Status | Location | Cause Code | | LAEPaid | Indem Paid | Indem Pending | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

**ACH-17-397722**   13225540   Fulop- Arch Specialty Insurance Company   CORR   2/28/2016   07/06/2018   1/28/2021   7/6/2018
Suit     Medina County Jail    DELIBIN
Walker, Robert    Syed Ahmed, M.D. / Dale Thomae, M.D.
   M   Medina, OH

Paid:
Pend:
Resv:
Incur:

Fit to provide care for stage IV colon cancer

**ACH-17-401581**   000013234150   Arch Specialty Insurance Company   CORR   3/10/2018   07/30/2018   5/4/2020   7/30/2018
Suit     LaPorte County Jail    DENIAL
Whiting, Stephen Wayne    Gina Salenez, R.N. / Keith Bucklin, R.N.
   M   La Porte, IN

Paid:
Pend:
Resv:
Incur:

Denied medical care for infection on arm

**ACH-17-381813**   13146760   Arch Specialty Insurance Company   CORR   10/26/2016   11/30/2017   5/6/2018   11/30/2017
Suit     Sangamon County Detention Facility    DENIAL
Willingham, Howard Greene    Tracy Hammitt, L.P.N. / Billy Ernest, L.P.N.
   M   Springfield, IL

Paid:
Pend:
Resv:
Incur:

Fit to provide appropriate medical care for serious med needs, denied referral to specialist and surgery for torn ACL

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00':'UFL0059924-00' SIR':'UFL0059924-01':'UFL0059924-01' SIR':'UFL0059924-02':'UFL0059924-02' SIR':'004150700':'004150700'
EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

**Policy: UFL0059924-01 SIR**                                                                                                    **Term: 8/1/2017 to 8/1/2018**
**Cvg.: ACH-17**          Insd: Advanced Correctional Healthcare, Inc.                                                           **Term: 8/1/2017 to 8/1/2018**
                          Carrier: Arch Specialty Insurance Company
**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Claim Type Status | | Location | Cause Code | | LAEPaid | Indem Paid | Indem Pending | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | Indem Reserve | Total Pending |
| M.Stat Age Sex Loss City, State | | | | | LAEReserve | Indem Reserve | Indem Incurred | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

**ACH-17-378099**   0000I3124360 H Arch Specialty Insurance Company   CORR   8/17/2015   10/03/2017   7/6/2021   10/3/2017   6/17/2019
Suit                                       Rock County Jail                           DELIBIN      Paid:
**Wilson, Dante - Estate of**                Kim Beede, L.P.N.                                     Pend:
39  M  Janesville, WI                                                                             Resv:
                                                                                                  Incur:
Deliberate indifference to pts complaints of chest pain r/i death

**ACH-17-386181**   13167290   Arch Specialty Insurance Company   CORR   6/30/2017   01/29/2018   9/21/2018   1/29/2018
Suit                              Vilas County Jail                         DISSC       Paid:
**Zdroik, Robert A.**              Advanced Correctional Healthcare, Inc.                Pend:
M  Eagle River, WI                                                                      Resv:
                                                                                        Incur:
Complaints re: handling of heart condition and polycystic kidney disease as well as jaw and dental care

**ACH-17-389174**   13185440   Arch Specialty Insurance Company   CORR   9/13/2016   03/12/2018   6/16/2019   3/12/2018
Suit                              Franklin County Jail (IL)                 FLR-TX      Paid:
**Zemla, William**                Advanced Correctional Healthcare, Inc. / Ashley Crider, L.P.N. / Leon   Pend:
39  M  Benton, IL                 Kehrer, N.P.                                         Resv:
                                                                                       Incur:
Fit to appr. assess and prov. medical care for injuries sustained from attack by another inmate




# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy:** UFL0059924-01 SIR

**Cvg.:** ACH-17

**Insd:** Advanced Correctional Healthcare, Inc.

**Carrier:** Arch Specialty Insurance Company

**Term:** 8/1/2017 to 8/1/2018

**Term:** 8/1/2017 to 8/1/2018

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | Cause Code | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00':'UFL0059924-00 SIR':'UFL0059924-01':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700 EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

**Policy:** UFL0059924-02
**Cvg.:** ACH-18XS

**Insd:** Advanced Correctional Healthcare, Inc.
**Carrier:** Arch Specialty Insurance Company

**Term:** 8/1/2018 to 8/1/2019
**Term:** 8/1/2018 to 8/1/2019

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | | Location | Insureds | | Cause Code | | LAEPaid | Indem Paid | Total Paid |
| Claimant Name | | | | | LAEPending | Indem Pending | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | Indem Reserve | Total Reserve |
| Alleged | | | | | | LAEIncurred | Indem Incurred | Total Incurred |

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00':'UFL0059924-00 SIR':'UFL0059924-01':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700'*
*EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy: UFL0059924-02**　　　　　　　　　　　　　　　　　　　　　　　　**Term: 8/1/2018 to 8/1/2019**
**Cvg.: ACH-18XS**
　　　　Insd: Advanced Correctional Healthcare, Inc.　　　　　　　　　　**Term: 8/1/2018 to 8/1/2019**
　　　　Carrier: Arch Specialty Insurance Company
**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | | Closed | | Reported | | Reopened |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | Cause Code | | LAEPaid | | Indem Paid | | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | | Indem Pending | | Indem Pending | | Total Pending |
| M.Stat Age Sex Loss City, State | | | | | LAEReserve | | Indem Reserve | | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | | Indem Incurred | | Indem Incurred | | Total Incurred |

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00':'UFL0059924-01':'UFL0059924-02 SIR':'UFL0059924-00 SIR':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-01':'004150700':'004150700':'004150700'
EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-02 SIR
Cvg.: ACH-18
Insd: Advanced Correctional Healthcare, Inc.
Carrier: Arch Specialty Insurance Company

Term: 8/1/2018 to 8/1/2019
Term: 8/1/2018 to 8/1/2019

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | Cause Code | | LAEPaid | IndemPaid | IndemPaid | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | IndemPending | IndemPending | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | IndemReserve | IndemReserve | Total Reserve |
| Alleged | | | | | LAEIncurred | IndemIncurred | IndemIncurred | Total Incurred |

ACH-18-407208 | 13266030 | Arch Specialty Insurance Company | CORR
Suit | | Coles County Jail | DELIBIN
Allen, Brian D. | | Charles Paulius, M.D. / Wendy Chambers, R.N.
38 | M | Charleston, IL

3/9/2017 | 10/19/2018 | 2/8/2021 | 10/19/2018
Paid:
Pend:
Resv:
Incur:

Fit to provide appropriate tx including medication prescribed by outside physicians for hyperextension injury to thumb

ACH-18-407861 | 13268620 | Arch Specialty Insurance Company | CORR
Suit | | Scott County Security Center | FLR-TX
Bell, Brandon | | Advanced Correctional Healthcare, Inc.
37 | M | Scottsburg, IN

2/24/2018 | 10/31/2018 | 2/28/2021 | 10/31/2018
Paid:
Pend:
Resv:
Incur:

Fit to give appropriate tx for blood clot in right leg r/i significant pain and emotional distress

ACH-18-415766 | 000013311810 | DArch Specialty Insurance Company | CORR
Suit | | Atchison County Law Enforcement Center | IMP-TX
Birch, Dale W. | | Advanced Correctional Healthcare, Inc.
49 | M | Atchison, KS

1/25/2017 | 03/04/2019 | 11/22/2019 | 3/4/2019
Paid:
Pend:
Resv:
Incur:

Pt. suffered a leg injury during his arrest later on excruciating pain after the injury w/o appropriate tx or medication

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700';'004150700 SIR EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".

**Policy: UFL0059924-02 SIR**

**Cvg.: ACH-18**

Insd: Advanced Correctional Healthcare, Inc.
Carrier: Arch Specialty Insurance Company

Term: 8/1/2018 to 8/1/2019
Term: 8/1/2018 to 8/1/2019

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type Status | | Location | Cause Code | | | | | Total Paid |
| Claimant Name | | Insureds | | | LAEPaid | Indem Paid | Indem Pending | Total Pending |
| M.Stat Age Sex Loss City, State | | | | | LAEPending | Indem Pending | Indem Reserve | Total Reserve |
| Alleged | | | | | LAEReserve | Indem Incurred | | Total Incurred |

| | | | | | LAEIncurred | | | |

**ACH-18-409654** — 13280120 — Arch Specialty Insurance Company — CORR — 8/27/2018 | 11/30/2018 | 2/19/2021 | 11/30/2018
Suit — Sangamon County Detention Facility — FLR-TX
Bobo, Victor — David L. Johnson, L.P.N./ Hughes Lochard, M.D.
43 M Springfield, IL
Paid:
Pend:
Resv:
Incur:

Not provided w/ appropriate tx and pain medication

**ACH-18-417824** — 13326080 — McMaArch Specialty Insurance Company — CORR — 10/10/2018 | 04/08/2019 | 8/2/2019 | 4/8/2019
Suit — Henry County Jail — IMP-TX
Bryant, Nickolas Tevron — Advanced Correctional Healthcare, Inc./ Autumn M. Hayes, L.P.N./
31 M Cambridge, IL — Alma M. Martija, M.D.
Paid:
Pend:
Resv:
Incur:

Pt. w/ c/o Improper tx received for painful tooth r/i tooth extract.

**ACH-18-415314** — 000013309010 — F Arch Specialty Insurance Company — CORR — 10/31/2018 | 02/22/2019 | 2/27/2022 | 2/22/2019
Suit — Bartholomew County Jail — FLR-MEDS
Capps, Abbrella F. — Advanced Correctional Healthcare, Inc./ Michael Person, M.D.
43 F Columbus, IN
Paid:
Pend:
Resv:
Incur:

Pt. was not provided w/ appropriate med for mental health conditions refused to see in response.

**ACH-18-418421** — 000013331340 — FaArch Specialty Insurance Company — CORR — 2/28/2016 | 04/16/2019 | 2/27/2022 | 4/16/2019
Suit — Callaway County Jail — IMP-TX
Cox, Cassandra — Advanced Correctional Healthcare, Inc./ Tiffany Gilmore, N.P.
Fulton, MO
Paid:
Pend:
Resv:
Incur:

Pt. suffered a seizure and heart attack caused by methamphetamine withdrawal and a lack of medical care.

# Loss Run Report

### GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".*

| Policy: UFL0059924-18 | Insd: Advanced Correctional Healthcare, Inc. | Term: 8/1/2018 to 8/1/2019 |
|---|---|---|
| Cvg.: ACH-18 | Carrier: Arch Specialty Insurance Company | Term: 8/1/2018 to 8/1/2019 |

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | Cause Code | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat Age Sex Loss City, State | | | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

| ACH-18-404380 | 13249300 | Arch Specialty Insurance Company | CORR | 6/1/2018 | 09/11/2018 | 11/13/2018 | 9/11/2018 | |
| Suit | | Cape Girardeau County Jail | MED-DENI | | Paid: | | | |
| Cox, Michael E. | | Advanced Correctional Healthcare, Inc. / Unknown Pewitt, M.D. / | | | Pend: | | | |
| M | Jackson, MO | Charlotte Unknown, L.P.N. | | | Resv: | | | |
| | | | | | Incur: | | | |

Denied psychotropic medication.

| ACH-18-404742 | 13252830 Fulop | Arch Specialty Insurance Company | CORR | 6/26/2018 | 09/18/2018 | 2/28/2021 | 9/18/2018 | |
| Suit | | Cass County Jail | FLR-TX | | Paid: | | | |
| Craigo, Joseph A. | | Joseph Mashni, N.P. / Advanced Correctional Healthcare, Inc. / | | | Pend: | | | |
| M | Cassopolis, MI | Suzanne Salisbury, R.N. | | | Resv: | | | |
| | | | | | Incur: | | | |

Ftr to provide medication for pancreatitis and ftr to properly tx sore on foot

| ACH-18-406611 | 13261230 | Arch Specialty Insurance Company | CORR | 3/20/2018 | 10/09/2018 | 3/13/2019 | 10/9/2018 | |
| Suit | | Greene County Jail | DELIBIN | | Paid: | | | |
| Davis, Thomas R. | | Ashlie Shimmin, R.N. | | | Pend: | | | |
| M | Springfield, MO | | | | Resv: | | | |
| | | | | | Incur: | | | |

Ftr to provide appropriate tx for injuries sustained post fall from bunk



# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00':'UFL0059924-00' SIR':'UFL0059924-01':'UFL0059924-01' SIR':'UFL0059924-02':'UFL0059924-02' SIR':'004150700':'004150700'
EXCESS':'004150701':'004150701' EXCESS':'HC7AACBQEK001':'HC7AACBQEK001' EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-02 SIR
Cvg.: ACH-18 Insd: Advanced Correctional Healthcare, Inc. Term: 8/1/2018 to 8/1/2019
 Carrier: Arch Specialty Insurance Company Term: 8/1/2018 to 8/1/2019

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.



| Claim Number / Claim Type / Claimant Name / M.Stat Age Sex / Loss City, State | Carrier Claim # | Carrier Name / Location / Insureds | Facility/Dept. / Cause Code | Incident | Claim LAEPaid LAEPending LAEReserve LAEIncurred | Closed Indem Paid Indem Pending Indem Reserve Indem Incurred | Reported | Reopened Total Paid Total Pending Total Reserve Total Incurred |
|---|---|---|---|---|---|---|---|---|
| ACH-18-416879 Suit — Faine, Thomas — M — Springfield, IL | 000013321060 | Arch Specialty Insurance Company / Sangamon County Detention Facility / Advanced Correctional Healthcare, Inc. / Mary Dambacher, N.P. / Hughes Lochard, M.D. / Michael Roach, M.D. | CORR INFECT | 4/17/2018 | 03/22/2019 | 4/21/2022 | 3/22/2019 | Paid: Pend: Resv: Incur: |
| Alleged: Pt. been denied tx to cure his hepatitis C infection | | | | | | | | |
| ACH-18-419084 Suit — Fittro, Wesley Todd — D 43 M — Springfield, MO | 000013334980 | HArch Specialty Insurance Company / Greene County Jail / Advanced Correctional Healthcare, Inc. / Jason Dwight Wilkins, M.D. | CORR REFTX | 1/16/2018 | 04/29/2019 | 2/27/2022 | 4/29/2019 | 4/20/2021 Paid: Pend: Resv: Incur: |
| Alleged: Physician refused blood pressure medications prescribed by outside physician. | | | | | | | | |
| ACH-18-423350 Suit — Fittro, Wesley Todd — D 43 M — Springfield, MO | | Arch Specialty Insurance Company / Greene County Jail / Jason Wilkins, M.D. | CORR DC-DC-T | 10/20/2017 | 07/17/2019 | 2/28/2021 | 7/17/2019 | Paid: Pend: Resv: Incur: |
| Alleged: Pt. suffers from congestive heart failure d/t inadequate tx and failed to provide information regarding his medical status. | | | | | | | | |

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700
EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals 'Suit'.

| Policy: UFL0059924 SIR | Insd: Advanced Correctional Healthcare, Inc. | Term: 8/1/2018 to 8/1/2019 |
| Cvg.: ACH-18 | Carrier: Arch Specialty Insurance Company | Term: 8/1/2018 to 8/1/2019 |

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| Claim Type | Status | Location | Cause Code | | LAEPaid | | Indem Paid | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | | Indem Pending | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | | Indem Reserve | Total Reserve |
| Alleged | | | | | | LAEIncurred | | Indem Incurred | Total Incurred |

---

**ACH-18-421379**   13349640   Fulop- Arch Specialty Insurance Company   CORR   5/13/2019   06/07/2019   2/28/2021   6/7/2019

Suit   LaPorte County Jail   FLR-TX

**George, Tyrone Curtis - Sr.**   Michael Person, M.D.

| 49 | M | La Porte, IN |

Pt. was not provided with appropriate care for sickle cell anemia

---

**ACH-18-404434**   13250330   Arch Specialty Insurance Company   CORR   7/5/2017   09/12/2018   9/12/2018

Suit   Livingston County Jail (IL)   FLR-TX

**Grove,Larry**   Alma Martija, M.D. / James A. Pulliam, L.P.N.

| M | Pontiac, IL |

Ftr to tx injuries that he sustained from police officers and correctional officer

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00':'UFL0059924-01':'UFL0059924-02' SIR':'UFL0059924-00 SIR':'UFL0059924-01 SIR':'UFL0059924-02 SIR':'004150700':'004150700':'004150700'  EXCESS':'004150701':'004150701  EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-02 SIR
Cvg.: ACH-18

Insd: Advanced Correctional Healthcare, Inc.
Carrier: Arch Specialty Insurance Company

**Term: 8/1/2018 to 8/1/2019**
**Term: 8/1/2018 to 8/1/2019**

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | | Location | | | LAEPaid | IndemPaid | Total Paid |
| Claimant Name | | Insureds | Cause Code | | | LAEPending | IndemPending | Total Pending |
| | | | | | | LAEReserve | IndemReserve | Total Reserve |
| M.Stat Age Sex | Loss City, State | | | | | LAEIncurred | IndemIncurred | Total Incurred |
| Alleged | | | | | | | | |

ACH-18-424010
Suit
**Hill, Hubert Dwayne**
54  M  Edwardsville, IL

Arch Specialty Insurance Company
Madison County Jail
Hughes P. Lochard, M.D.

CORR
NGL-OTHR

3/18/2019  07/26/2019  |  7/26/2019

Paid:
Pend:
Resv:
Incur:

Male Inmate suffered from foot or ankle pain at the jail which he believes was not properly evaluated or treated with pain medication.

ACH-18-415431
Suit
**Hogan, Brett F.**
M  Marysville, KS

00001330945 0

Arch Specialty Insurance Company
Marshall County Jail
Advanced Correctional Healthcare, Inc.

CORR
FLR-MEDS

1/18/2019  02/26/2019  10/25/2019  2/26/2019  10/25/2019

Paid:
Pend:
Resv:
Incur:

Pt. not received appropriate medication for his mental health issues.

ACH-18-415652
Suit
**Huskey, Jerry Lee - Jr.**
52  M  Rolla, MO

000013311040

FaArch Specialty Insurance Company
Phelps County Jail
Advanced Correctional Healthcare, Inc. / Dionne Kelley, L.P.N.

CORR
DC-DC-T

10/30/2017  03/01/2019  4/9/2021  3/1/2019

Paid:
Pend:
Resv:
Incur:

Represented inmate. Lack of medical Tx not follow the doctor's treatment orders r/i additional medical care

ACH-18-407359
Suit
**Hutchison, Michael D.**
M  Crawfordsville, IN

13266690

Arch Specialty Insurance Company
Montgomery County Jail
Advanced Correctional Healthcare, Inc.

CORR
FLR-TX

3/1/2018  10/23/2018  |  10/23/2018  1/5/2021

Paid:
Pend:
Resv:
Incur:

Flr to provide appropriate medication and care for seizures and high blood pressure

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-02 SIR';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700'*
*EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".*

| | | |
|---|---|---|
| **Policy: UFL0059924-02 SIR** | **Insd: Advanced Correctional Healthcare, Inc.** | **Term: 8/1/2018 to 8/1/2019** |
| **Cvg.: ACH-18** | **Carrier: Arch Specialty Insurance Company** | **Term: 8/1/2018 to 8/1/2019** |

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number / Claim Type / Status / Claimant Name / M.Stat Age Sex / Loss City, State | Carrier Claim # | Carrier Name / Location / Insureds | Facility/Dept. / Cause Code | Incident | Claim | Closed | Reported |
|---|---|---|---|---|---|---|---|
| ACH-18-404274 / Suit / Killebrew, Thomas / 42 M Osceola, MO | 13248450 | Arch Specialty Insurance Company / St. Clair County MO Jail / Laura Renee Voss, D.O. / Dawn Jones, R.N. | CORR / FLR-TX | 8/1/2018 | 09/10/2018 | 12/3/2018 | 9/10/2018 |
| *Flr to properly evaluate and tx for blood in stool* | | | | | | | |
| ACH-18-417096 / Suit / King, Ryan G. / M Racine, WI | 000013321900 | MArch Specialty Insurance Company / Racine County Jail / Advanced Correctional Healthcare, Inc. | CORR / DC-DC-De | 5/18/2015 | 03/26/2019 | | 3/26/2019 |
| *Staff provided inadequate medical care later on referred him to an ENT was not provided with care or proper pain relief.* | | | | | | | |
| ACH-18-408801 / Suit / Kopp, David Joseph / M Marinette, WI | 13274770 | Arch Specialty Insurance Company / Marinette County Jail / Advanced Correctional Healthcare, Inc. / Lisa Swanson, L.P.N. | CORR / FLR-MEDS | 10/29/2018 | 11/14/2018 | 2/28/2021 | 11/14/2018 |
| *Denied psychotropic medications leading to an anxiety attack* | | | | | | | |
| ACH-18-409911 Hoskin / Suit / LaDeaux, Lawrence Conrad / M Sioux City, IA | 1328300 | Arch Specialty Insurance Company / Woodbury County Jail / Advanced Correctional Healthcare, Inc. | CORR / FLR-TX | 10/10/2017 | 12/06/2018 | 2/28/2021 | 12/6/2018 |
| *Flr to prop. tx MRSA staph infection* | | | | | | | |

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700
EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".

**Policy: UFL0059924-02 SIR**
**Cvg.: ACH-18**

**Insd: Advanced Correctional Healthcare, Inc.**
**Carrier: Arch Specialty Insurance Company**

**Term: 8/1/2018 to 8/1/2019**
**Term: 8/1/2018 to 8/1/2019**

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| Claim Type Status | | Location | Cause Code | | LAEPaid | Indem Paid | Indem Pending | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | Indem Reserve | Total Pending |
| M.Stat Age Sex Loss City, State | | | | | LAEReserve | Indem Reserve | Indem Incurred | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

**ACH-18-423120** Carrier Claim # 133363140 Dono Arch Specialty Insurance Company — Facility/Dept. CORR — REFTX
Suit — Location: LaPorte County Jail
**Lane, David Henry - Jr.**
M · La Porte, IN
Incident 4/1/2019 · Claim 07/12/2019 · Reported 7/12/2019
Paid: / Pend: / Resv: / Incur:
Pt. has a brain tumor and dr. refused to refer him to a neurologist for tx and advice him that he did not have a tumor

**ACH-18-405495** Carrier Claim # 13256290 Hoskin Arch Specialty Insurance Company — Facility/Dept. CORR — FLR-TX
Suit — Location: Jefferson County Jail
Advanced Correctional Healthcare, Inc. / Cheryl Brown, L.P.N. /
**Lemke, John David - Deceased**
Charles Paulius, M.D. / Dan E. Williams, P.A.
25 · M · Mount Vernon, IL
Incident 8/11/2016 · Claim 09/27/2018 · Reported 9/27/2018
Paid: / Pend: / Resv: / Incur:
Fit to provide appropriate care for septic infection r/i death at hospital

**ACH-18-414766** Carrier Claim # 13305660 Kecia Arch Specialty Insurance Company — Facility/Dept. CORR — FLR-TX
Suit — Location: Washington County Jail
Advanced Correctional Healthcare, Inc.
**Mapes, Jamie R.**
M · West Bend, WI
Incident 2/8/2017 · Claim 02/14/2019 · Closed 11/13/2019 · Reported 2/14/2019
Paid: / Pend: / Resv: / Incur:
Fit to provide medical treatment and care of eye injury r/i corneal damage r/i pain and suffering.

**ACH-18-422718** Carrier Claim # 00001336029 0 MArch Specialty Insurance Company — Facility/Dept. CORR — NGL-OTHR
Suit — Location: Kendall County Jail
Hughes P. Lochard, M.D.
**McClendon, Anthony E.**
38 · M · Yorkville, IL
Incident 10/29/2018 · Claim 07/03/2019 · Closed 1/5/2022 · Reported 7/3/2019
Paid: / Pend: / Resv: / Incur:
Pt. requested physical therapy, which was not ordered

**ACH-18-408408** Carrier Claim # 13272490 Arch Specialty Insurance Company — Facility/Dept. CORR — DEL-TX
Suit — Location: Sheboygan County Detention Center
Advanced Correctional Healthcare, Inc.
**McCranie, Nathaniel A.**
31 · M · Sheboygan, WI
Incident 12/20/2017 · Claim 11/08/2018 · Closed 2/27/2022 · Reported 11/8/2018
Paid: / Pend: / Resv: / Incur:
IM suffered unnecessary pain d/t lack of or delay in tx of kidney stones.

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

*Policy Number in ('UFL0059924-00':'UFL0059924-01':'UFL0059924-01 SIR':'UFL0059924-01':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700*
*EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy: UFL0059924-02 SIR**

**Cvg.: ACH-18**

**Insd: Advanced Correctional Healthcare, Inc.**

**Carrier: Arch Specialty Insurance Company**

**Term: 8/1/2018 to 8/1/2019**

**Term: 8/1/2018 to 8/1/2019**

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | Cause Code | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | Insureds | | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat Age Sex Loss City, State | | | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

**ACH-18-424099** | 13369990 Fani | Arch Specialty Insurance Company | CORR | 8/23/2017 | 07/29/2019 | 2/27/2022 | 7/29/2019 |
Suit | | Ste. Genevieve County Detention Center | FLR-TX | | Paid: | | |
**Meherg, Scott K. - Jr.** | | Charles S. Pewitt, D.O. | | | Pend: | | |
35 | M | Sainte Genevieve, MO | | | Resv: | | |
Alleged | | | | | Incur: | | |

Pt. was not provided w/ appropriate care for his hypertension and had side effects from medications that are prescribed

**ACH-18-415722** | 000013311790 | MArch Specialty Insurance Company | CORR | 12/28/2018 | 03/04/2019 | 10/23/2019 | 3/4/2019 |
Suit | | Hendricks County Jail | INFECT | | Paid: | | |
**Melton, Bradley S. - II** | | Advanced Correctional Healthcare, Inc. / Crissy Merritt, N.P. | | | Pend: | | |
35 | M | Danville, IN | | | Resv: | | |
| | | | | | Incur: | | |

Pt. had an infection on his arm which spread to other parts of his body requiring multiple and ongoing hospitalizations

**ACH-18-423484** | 000013365710 | Arch Specialty Insurance Company | CORR | 7/10/2018 | 07/19/2019 | 9/11/2019 | 7/19/2019 |
Suit | | Livingston County Jail (IL) | SUR-COMP | | Paid: | | |
**Mendez, Emmanuel Trevino** | | Hughes P. Lochard, M.D. / James A. Pulliam, L.P.N. | | | Pend: | | |
30 | M | Pontiac, IL | | | Resv: | | |
| | | | | | Incur: | | |

Inmate referral to a spine surgeon c/o lack of referral and primarily about the lack of better pain medication

**ACH-18-407870** | 13269270 Fulop-Arch Specialty Insurance Company | CORR | 9/26/2018 | 10/31/2018 | 2/28/2021 | 10/31/2018 |
Suit | | Bartholomew County Jail | MED-DENI | | Paid: | | |
**Mercado, Angelito C.** | | Michael Person, M.D. | | | Pend: | | |
| M | Columbus, IN | | | Resv: | | |
| | | | | | Incur: | | |

Denied antipsychotic medication Thorazine while at jail

**ACH-18-416091** | 000013315050 FArch Specialty Insurance Company | CORR | 2/8/2019 | 03/08/2019 | 8/30/2019 | 3/8/2019 |
Suit | | Bartholomew County Jail | REFTX | | Paid: | | |
**Mercado, Angelito C.** | | Advanced Correctional Healthcare, Inc. / Michael Person, M.D. | | | Pend: | | |
| M | Columbus, IN | | | Resv: | | |
| | | | | | Incur: | | |

Doctor refused to treat pt. r/i pain and suffering.

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

Policy Number in ('UFL0059924-00':'UFL0059924-00 SIR':'UFL0059924-01':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700
EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-18                     Insd: Advanced Correctional Healthcare, Inc.                                     Term: 8/1/2018 to 8/1/2019
Cvg.: ACH-18                               Carrier: Arch Specialty Insurance Company                                       Term: 8/1/2018 to 8/1/2019
Cvg.: UFL0059924-02 SIR
**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Claim Type | Status | Location | Cause Code | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat Age Sex Loss City, State | | | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

ACH-18-404873    1325392 0 Fani    Arch Specialty Insurance Company    CORR                8/7/2018  09/19/2018  4/1/2019  9/19/2018
Suit                            Iosco County Jail                    FLR-PPME              Paid:
Muszall, Charles R.             Advanced Correctional Healthcare, Inc. / Melanie Thomas, R.N.        Pend:
M   Tawas City, MI                                                                         Resv:
                                                                                          Incur:

Fit to provide pain medication for VACTER Syndrome and gastrointestinal complaints

ACH-18-420209    000013342510 H    Arch Specialty Insurance Company    CORR              2/28/2019  05/17/2019  1/14/2020  5/17/2019
Suit                            Greene County Jail                    FLR-TX               Paid:
Oliver, Joseph                  Jason Dwight Wilkins, M.D. / Brandy Watkins                          Pend:
55   M   Springfield, MO                                                                  Resv:
                                                                                          Incur:

Fit to Properly Treat for narcolepsy and suffered an injury to his elbow

ACH-18-408279    13271240    Arch Specialty Insurance Company    CORR              10/17/2017  11/06/2018  12/7/2020  11/6/2018  4/2/2020
Suit                            Warren County Jail                    DENIAL               Paid:
Power, Ronnie                   Julianne CarsonHem, R.N.                                            Pend:
M   M   Indianola, IA                                                                      Resv:
                                                                                          Incur:

Fit to provide medical tx for injuries sustained post fall r/f emergency sx.

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00':'UFL0059924-01' SIR:'UFL0059924-00' SIR:'UFL0059924-01' SIR:'UFL0059924-02':'UFL0059924-02' SIR:'004150700':'004150700'
EXCESS:'004150701':'004150701' EXCESS:'HC7AACBQEK001':'HC7AACBQEK001' EXCESS:'HC7AACBQEK002':'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-18 SIR
Cvg.: ACH-18
Cvg.: ACH-18
Insd: Advanced Correctional Healthcare, Inc.
Policy: UFL0059924-02 SIR
Carrier: Arch Specialty Insurance Company

Term: 8/1/2018 to 8/1/2019
Term: 8/1/2018 to 8/1/2019

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Claim Type | Status | Location | Cause Code | | LAEPaid | | Indem Paid | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | | LAEReserve | Indem Reserve | Total Reserve |
| Alleged | | | | | | LAEIncurred | Indem Incurred | Total Incurred |

**ACH-18-416437** Carrier Claim # 000013315880
Suit — Arch Specialty Insurance Company — CORR / IMP-TX
Rawls, Ian L. — LaPorte County Jail
M — La Porte, IN — Advanced Correctional Healthcare, Inc.

Incident 12/19/2018  Claim 03/14/2019  Closed 1/20/2021  Reported 3/14/2019
Paid:
Pend:
Resv:
Incur:

Alleged: Pt. suffered an injury or an aggravation of an injury to his finger improper treatment.

**ACH-18-404403** Carrier Claim # 13249280
Suit — Arch Specialty Insurance Company — CORR / FLR-TX
Shoffner, Daniel G. — LaPorte County Jail
M — La Porte, IN — Michael Mitcheff, M.D.

Incident 2/7/2018  Claim 09/11/2018  Closed 7/9/2021  Reported 9/11/2018  Reopened 1/14/2020
Paid:
Pend:
Resv:
Incur:

Alleged: Flr to provide tx for severe knee problems req. sx, liver disease, and hepatitis

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700
EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001';'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-18                   Insd: Advanced Correctional Healthcare, Inc.                   Term: 8/1/2018 to 8/1/2019
Cvg.: ACH-18                            Carrier: Arch Specialty Insurance Company                      Term: 8/1/2018 to 8/1/2019
Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type  Status | | Location | Cause Code | | LAEPaid | Indem Paid | Total Paid | |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | Total Pending | |
| M.Stat Age Sex  Loss City, State | | | | | LAEReserve | Indem Reserve | Total Reserve | |
| Alleged | | | | | LAEIncurred | Indem Incurred | Total Incurred | |

**ACH-18-404874**    13253900    Arch Specialty Insurance Company    CORR    10/11/2017   09/20/2018   3/11/2021   9/20/2018   8/17/2020
Suit    Montgomery County Jail    REFTX    Paid:
Stone, Robert H. - Jr.    Nikki Curtis, R.N.    Pend:
[ ] [M] Crawfordsville, IN    Resv:
Incur:

Refused to tx to pt for eight hours and only gave him a BandAid after being attacked by officers

**ACH-18-404876**    13253870   Donov   Arch Specialty Insurance Company    CORR    4/15/2018   09/20/2018   1/28/2019   9/20/2018
Suit    Iosco County Jail    FLR-PPME    Paid:
Swales, Corey    Advanced Correctional Healthcare, Inc. / Melanie Thomas, R.N.    Pend:
[ ] [M] Tawas City, MI    Resv:
Incur:

Discontinued high blood pressure medication high blood pressure levels were untreated flr to provide appropriate pain medication

**ACH-18-415193**    00001308560    Arch Specialty Insurance Company    CORR    6/20/2017   02/21/2019   12/2/2021   2/21/2019
Suit    Sheboygan County Detention Center    NGL-OTHR    Paid:
Urquhart, Bryan L.    Advanced Correctional Healthcare, Inc.    Pend:
[ ] [M] Sheboygan, WI    Resv:
Incur:

Negligence towards pts. symptoms r/i lack of treatment r/i heart attack.



# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

Policy Number in ('UFL0059924-00':'UFL0059924-01':'UFL0059924-00 SIR':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700'
EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001':'HC7AACBQEK002') and Claim Type equals "Suit".

| Policy: UFL0059924-02 SIR | Insd: Advanced Correctional Healthcare, Inc. | Term: 8/1/2018 to 8/1/2019 |
| Cvg.: ACH-18 | Carrier: Arch Specialty Insurance Company | Term: 8/1/2018 to 8/1/2019 |

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | | Location | Cause Code | | LAEPaid | Indem Paid | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | Indem Reserve | Total Reserve |
| Alleged | | | | | | LAEIncurred | Indem Incurred | Total Incurred |

---

**ACH-18-415767** — 00001331273 D Arch Specialty Insurance Company — CORR
Suit — Racine County Jail — IMP-TX
Virgil, Eddie L. — Advanced Correctional Healthcare, Inc. / Kendra Navarro, M.A.
41 | M | Racine, WI

Incident: 12/19/2018  Claim: 03/04/2019  Closed: 2/27/2022  Reported: 3/4/2019
Paid:   LAEPaid 03/04/2019  Indem Paid
Pend:
Resv:
Incur:

Medical care provided for pain relief was inadequate later on additional ibuprofen and a dental referral r/i removal of the tooth

---

**ACH-18-406413** — 13261230 Arch Specialty Insurance Company — CORR
Suit — Monroe County Jail — FLR-MEDS
Walton, David Christopher Lee — Karen Butler, M.D. / Cody Fish, R.N. / Carol Jeglum, P.A.
M | Sparta, WI

Incident: 1/28/2016  Claim: 10/04/2018  Closed: 11/1/2018  Reported: 10/04/2018
Paid:
Pend:
Resv:
Incur:

Fit to provide appropriate psychotropic medications to tx mental health conditions

---

**ACH-18-415176** — 00001331020 H Arch Specialty Insurance Company — CORR
Suit — Morgan County Adult Detention Center — FLR-TX
Whisler, Jerry B. - Jr. — Advanced Correctional Healthcare, Inc. / Karen Doerry, M.D. / Melissa Juarez, L.P.N.
39 | M | Versailles, MO

Incident: 1/16/2017  Claim: 02/21/2019  Closed: 2/27/2022  Reported: 2/21/2019
Paid:
Pend:
Resv:
Incur:

Flr appropriate treatment for a sexually transmitted disease r/i burning when he pees.

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00';'UFL0059924-01 SIR';'UFL0059924-01';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700'
EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: UFL0059924-02 SIR
Cvg.: ACH-18
Insd: Advanced Correctional Healthcare, Inc.          Term: 8/1/2018 to 8/1/2019
Carrier: Arch Specialty Insurance Company          Term: 8/1/2018 to 8/1/2019
Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number / Claim Type / Status / Claimant Name / M.Stat Age Sex / Loss City, State / Alleged | Carrier Claim # | Carrier Name / Location / Insureds | Facility/Dept. / Cause Code | Incident | Claim / LAEPaid / LAEPending / LAEReserve / LAEIncurred | Closed / IndemPaid / IndemPending / IndemReserve / IndemIncurred | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| ACH-18-403676 | 13245250 Hoskin | Arch Specialty Insurance Company | CORR | | | | | |
| Suit | | Jefferson County Jail | FLR-MEDS | | | | | |
| Williams, D'Aaron | | Advanced Correctional Healthcare, Inc. / Cheryl Brown, L.P.N. / | | | | | | |
| 27  M  Mount Vernon, IL | | Charles Paulius, M.D. | | | | | | |
| Alleged: Denial of appropriate medication | | | | 12/15/2016 | 08/29/2018 | 2/27/2022 | 8/29/2018 | Paid: / Pend: / Resv: / Incur: |
| ACH-18-420793 | 000013345680 Fa | Arch Specialty Insurance Company | CORR | | | | | |
| Suit | | Racine County Jail | NGL-OTHR | | | | | |
| Williams, Heidi Ann | | Advanced Correctional Healthcare, Inc. / Christina DeJesus / Sarah | | | | | | |
| 49  F  Racine, WI | | Hoffman, R.N. / Kendra Navarro, M.A. | | | | | | |
| Alleged: Pt. c/o attack of palindromic rheumatoid arthritis r/i permanent joint damage and developed post-traumatic stress disorder. | | | | 10/12/2017 | 05/29/2019 | 6/22/2021 | 5/29/2019 | Paid: / Pend: / Resv: / Incur: |
| ACH-18-418509 | 000013332460 H | Arch Specialty Insurance Company | CORR | | | | | |
| Suit | | Itasca County Jail | DEL-TX | | | | | |
| Winslow, Danica Gene - Deceased | | Advanced Correctional Healthcare, Inc. / Jennifer Pellersels, R.N. / | | | | | | |
| 36  F  Grand Rapids, MN | | Travis Schamber, D.O. | | | | | | |
| Alleged: Pt. return to ER d/t deteriorating condition of back pain and poor vital signs airlifted to another facility and found death. | | | | 3/26/2019 | 04/17/2019 | | 4/17/2019 | 2/16/2022  Paid: / Pend: / Resv: / Incur: |
| ACH-18-406999 | 13264100 Fulop | Arch Specialty Insurance Company | CORR | | | | | |
| Suit | | Kendall County Jail | DELIBIN | | | | | |
| Wismanski, Timothy | | Advanced Correctional Healthcare, Inc. / Jimmy L. McCorkle, L.P.N. / | | | | | | |
| 36  M  Yorkville, IL | | David R. Miller, M.D. | | | | | | |
| Alleged: Denied medical care for injuries sustained from assault flr to provide pain medication | | | | 8/27/2016 | 10/16/2018 | 7/30/2021 | 10/16/2018 | Paid: / Pend: / Resv: / Incur: |

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002';'HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy: UFL0059924-02 SIR**
**Cvg.: ACH-18**
**Cvg.: ACH-18**

Insd: Advanced Correctional Healthcare, Inc.
Carrier: Arch Specialty Insurance Company

**Term: 8/1/2018 to 8/1/2019**
**Term: 8/1/2018 to 8/1/2019**

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.



# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

*Policy Number in ('UFL0059924-00':'UFL0059924-00 SIR':'UFL0059924-01':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700 EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy: 004150700**
**Cvg.: ACH-19**
**Insd: Advanced Correctional Healthcare, Inc.**
**Carrier: Ironshore Insurance Services LLC**

Term: 8/1/2019 to 8/1/2020
Term: 8/1/2019 to 8/1/2020

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Claim Type | Status | Location | Cause Code | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |
| ACH-19-425673 | | Ironshore Insurance Services LLC | CORR | 12/7/2016 | 08/26/2019 | 2/27/2022 | 8/26/2019 | |
| Suit | | Franklin County Adult Detention Center | NGL-OTHR | | Paid: | | | |
| Brantley, Matthew W. | | Advanced Correctional Healthcare, Inc. | | | Pend: | | | |
| 31 | M | Ottawa, KS | | | Resv: | | | |
| | | | | | Incur: | | | |

Pt. was not taken to the hospital, nor given any medical care at the jail for five days, despite continuing symptoms

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700'
EXCESS';'004150701';'004150701 EXCESS';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001';'HC7AACBQEK002') and Claim Type equals 'Suit'.

**Policy: 004150700**

**Cvg.: ACH-19**                                                  **Term: 8/1/2019 to 8/1/2020**

Insd: Advanced Correctional Healthcare, Inc.                      **Term: 8/1/2019 to 8/1/2020**

Carrier: Ironshore Insurance Services LLC

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | Cause Code | | LAE Paid | Indem Paid | Total Paid | |
| Claimant Name | | Insureds | | | LAE Pending | Indem Pending | Total Pending | |
| M.Stat | Age | Sex | Loss City, State | | | LAE Reserve | Indem Reserve | Total Reserve | |
| Alleged | | | | | LAE Incurred | Indem Incurred | Total Incurred | |

| ACH-19-445375 | | Ironshore Insurance Services LLC | CORR | 4/28/2020 | 05/08/2020 | 2/27/2022 | 5/8/2020 | |
| Suit | | Coles County Jail | DEN-NEG | | Paid: | | | |
| Coffey, Richard L. - Jr. | | Advanced Correctional Healthcare, Inc. | | | Pend: | | | |
| 35 | M | Charleston, IL | | | Resv: | | | |
| | | | | | Incur: | | | |

Pt c/o delay in having two bad teeth removed, he lost 26 pounds over six months while tx was delayed, pt was given Augmentin for tx

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy: 004150700**
**Cvg.: ACH-19**

| Insd: Advanced Correctional Healthcare, Inc. | Term: 8/1/2019 to 8/1/2020 |
| Carrier: Ironshore Insurance Services LLC | Term: 8/1/2019 to 8/1/2020 |

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| Claim Type | Status | Location | Cause Code | | LAEPaid | Indem Pending | Total Paid | |
| Claimant Name | | Insureds | | | LAEPending | Indem Reserve | Total Pending | |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | Indem Incurred | Total Reserve | |
| Alleged | | | | | LAEIncurred | | Total Incurred | |

---

**ACH-19-453757**  HCL00155191  Wironshore Insurance Services LLC
Suit
McLean County Detention Facility — CORR / DC-DC
Advanced Correctional Healthcare, Inc. / Hughes Lochard, M.D.
**Crowder, Dontel Deon**
Bloomington, IL

Incident 12/15/2018 | Claim 07/14/2020 | Reported 8/4/2020 | Reopened 9/10/2020
Paid:  Pend:  Resv:  Incur:

Pt atty c/o that pts leg injury was not properly treated at the jail

---

**ACH-19-442618**  Ironshore Insurance Services LLC
Suit
Livingston County Jail (IL) — CORR / DC-MED
Advanced Correctional Healthcare, Inc. / Hughes P. Lochard, M.D. / James A. Pulliam, L.P.N.
**Danneman, Benjamin D.**
37  M  Pontiac, IL

Incident 10/16/2019 | Claim 03/23/2020 | Closed 2/27/2022 | Reported 3/23/2020
Paid:  Pend:  Resv:  Incur:

Pt denied care for chronic medical conditions, He had a hx of HIV, pt complaint does not appear to relate to these conditions

---

**ACH-19-446142**  Ironshore Insurance Services LLC
Suit
Midland County Jail — CORR / DC-DC
Advanced Correctional Healthcare, Inc.
**Derrick, Cory O.**
M  Midland, MI

Incident 5/7/2020 | Claim 05/22/2020 | Closed 2/28/2022 | Reported 5/22/2020
Paid:  Pend:  Resv:  Incur:

Covid-19. Pt c/o he had denied chronic care tx by medical staff d/t medical staff being under influence of pills, pt has been in a constant pain

---

**ACH-19-438852**  Ironshore Insurance Services LLC
Suit
Henry County Jail — CORR / ER-FPTX
Advanced Correctional Healthcare, Inc.
**Ellis, David L.**
M  Cambridge, IL

Incident 9/25/2019 | Claim 01/30/2020 | Reported 1/30/2020
Paid:  Pend:  Resv:  Incur:

Pt c/o was not provided w/ appropriate tx, c/o of pain and scarring

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700'
EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".

**Policy: 004150700**
**Cvg.: ACH-19**

Insd: Advanced Correctional Healthcare, Inc.
Carrier: Ironshore Insurance Services LLC

**Term: 8/1/2019 to 8/1/2020**
**Term: 8/1/2019 to 8/1/2020**

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Claim Type | Status | Location | Cause Code | | LAEPaid | IndemPaid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | IndemPending | | Total Pending |
| M.Stat Age Sex | Loss City, State | | | | LAEReserve | IndemReserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | IndemIncurred | | Total Incurred |

ACH-19-444509
Suit
**Ezebuiroh, Jerry B.**
[ ] [ ] [M] Salem, IL

Ironshore Insurance Services LLC
Marion County Jail
Advanced Correctional Healthcare, Inc.

CORR
ASSAULT

6/1/2019 | 04/23/2020 | | 4/23/2020
Paid:
Pend:
Resv:
Incur:

Pt c/o he was sexually assaulted by a guard,officer grabbed his genitals and injured them, he c/o nurse refused to examine him

ACH-19-438646
Suit
**Foster, Michael J.**
[ ] [ ] [ ] Jefferson, WI

Ironshore Insurance Services LLC
Jefferson County Jail
Advanced Correctional Healthcare, Inc.

CORR
MED-DENI

1/30/2019 | 01/27/2020 | | 1/27/2020
Paid:
Pend:
Resv:
Incur:

Pt. was denied appropriate medication

ACH-19-445701 | HCL0041194
Suit
**Frehr, Lonnie W.**
[ ] [ ] [M] Marinette, WI

Ironshore Insurance Services LLC
Marinette County Jail
Advanced Correctional Healthcare, Inc. / Lisa Swanson, L.P.N.

CORR
DC-MED

5/6/2020 | 05/15/2020 | 2/27/2022 | 5/15/2020
Paid:
Pend:
Resv:
Incur:

Pt. was on a number of medications which has not been allowed to take while in jail r/i stroke.

# Loss Run Report

### GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700'; EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".

**Policy: 004150700**
Insd: Advanced Correctional Healthcare, Inc.    Term: 8/1/2019 to 8/1/2020
**Cvg.: ACH-19**
Carrier: Ironshore Insurance Services LLC    Term: 8/1/2019 to 8/1/2020
**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | | Location | Cause Code | | LAEPaid | Indem Paid | Total Paid |
| Claimant Name | | | Insureds | | | LAEPending | Indem Pending | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | Indem Reserve | Total Reserve |
| Alleged | | | | | | LAEIncurred | Indem Incurred | Total Incurred |

**ACH-19-429457**
Suit
**Fulk, Ted H.**
M   Muscatine, IA

Ironshore Insurance Services LLC
Muscatine County Jail
Carol Jeglum, P.A.

CORR
INJ-OTH

Incident: 7/12/2019   Claim: 10/25/2019   Closed: 2/27/2022   Reported: 10/25/2019

Paid:
Pend:
Resv:
Incur:

Pt. injured during transport c/o staff have not accommodated his disabilities and medical needs

**ACH-19-437870**
Suit
**Green, Prestin Dwayne**
Pinckneyville, IL

Ironshore Insurance Services LLC
Perry County Jail
Hughes P. Lochard, M.D.

CORR
DENIAL

Incident: 10/31/2018   Claim: 01/15/2020   Closed: 2/27/2022   Reported: 1/15/2020

Paid:
Pend:
Resv:
Incur:

Denial of medication r/i suffered seizures and a head injury and hospitalized and in medically-induced coma

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

*Policy Number in ('UFL0059924-00':'UFL0059924-01':'UFL0059924-02':'UFL0059924-02':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700*
*EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".*

Policy: 004150700
Cvg.: ACH-19

Insd: Advanced Correctional Healthcare, Inc.
Carrier: Ironshore Insurance Services LLC

Term: 8/1/2019 to 8/1/2020
Term: 8/1/2019 to 8/1/2020

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|
| Claim Type  Status | | Location | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | LAEPending | Indem Pending | | Total Pending |
| M.Stat Age Sex  Loss City, State | | Facility/Dept. Cause Code | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | LAEIncurred | Indem Incurred | | Total Incurred |

ACH-19-426954    HCL00111296    Ironshore Insurance Services LLC    8/14/2019    09/10/2019    9/10/2019
Suit    Madison County Jail    CORR
Heisch, Eva    Advanced Correctional Healthcare, Inc.    FLR-TX
42  F  Edwardsville, IL

Paid:
Pend:
Resv:
Incur:

Fit to properly tx heart condition and meds changed r/i sent to ER twice for chest pain

ACH-19-450798    Ironshore Insurance Services LLC    4/3/2020    07/13/2020    7/13/2020
Suit    Phelps County Jail    CORR
Hill, Bilal Hasanie    Advanced Correctional Healthcare, Inc. / Arthur Bentley, M.D. /    DEL-TX
42  M  Rolla, MO    Dionne Kelly

Paid:
Pend:
Resv:
Incur:

Delayed tx for lung cancer, dx w/ terminal cancer.

ACH-19-428115    Ironshore Insurance Services LLC    8/28/2010    09/30/2019    9/30/2019    5/4/2020
Suit    Whiteside County Jail    CORR
Hornback, Brandon    Advanced Correctional Healthcare, Inc. / Alma Martija, M.D.    NGL-OTHR
Morrison, IL

Paid:
Pend:
Resv:
Incur:

Inmate was subjected to willful and wanton, reckless misconduct and unsafe medical practices.

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00':'UFL0059924-01':'UFL0059924-02':'UFL0059924-01' SIR':'UFL0059924-02' SIR':'004150700':'004150700'
EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

**Policy: 004150700**  **Insd: Advanced Correctional Healthcare, Inc.**  **Term: 8/1/2019 to 8/1/2020**
**Cvg.: ACH-19**  **Carrier: Ironshore Insurance Services LLC**  **Term: 8/1/2019 to 8/1/2020**
Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type  Status | | Location | Cause Code | | LAEPaid | Indem Pending | Total Paid | |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | Total Pending | |
| M.Stat Age Sex  Loss City, State | | | | | LAEReserve | Indem Reserve | Total Reserve | |
| Alleged | | | | | LAEIncurred | Indem Incurred | Total Incurred | |

**ACH-19-443495** 
Suit  Ironshore Insurance Services LLC  CORR  9/25/2019  04/07/2020  2/27/2022  4/7/2020 
Hamilton County Jail  DEL-TX  Paid:
Johnston, Michael S.  Ronni Abigail Haines  Pend:
  54  M  Noblesville, IN  Resv:
  Incur:

Inmate arm was broken in a fight w/ another inmate, delayed by an hour to ED and almost two weeks delay w/ appointment

**ACH-19-432397** 
Suit  Ironshore Insurance Services LLC  CORR  6/13/2018  11/26/2019  2/3/2020  11/26/2019 
Jefferson County Jail  FLR-TX  Paid:
Jones, William E.  Kelli Loucks, R.N.  Pend:
  M  Mount Vernon, IL  Resv:
  Incur:

Pt. was not given appropriate tx for a spinal or closed head injury r/i briefly suffered from paralysis.

**ACH-19-427623  HCL0111588** 
Suit  Ironshore Insurance Services LLC  CORR  5/7/2018  09/20/2019  2/14/2022  9/20/2019 
Steele County Detention Center  FLR-DX  Paid:
Larkins, Elbert - Deceased  William E. Scheidt, M.D.  Pend:
  54  M  Owatonna, MN  Resv:
  Incur:

Failed to dx the decedent, prostate cancer r/i wrongful death

**ACH-19-445698  HCL0141196** 
Suit  Ironshore Insurance Services LLC  CORR  5/6/2020  05/15/2020  10/6/2020  5/15/2020 
Hendricks County Jail  FLR-TX  Paid:
Lewis, Brent Ryan  Michael Silbert / Crissy Merritt / Kathy Tarantino  Pend:
  M  Danville, IN  Resv:
  Incur:

Mr. Lewis complains that he has not received appropriate tx and medication for his diabetes.

# Loss Run Report

GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701 EXCESS';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001';'HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy: 004150700**

**Cvg.: ACH-19**

**Insd: Advanced Correctional Healthcare, Inc.**

**Carrier: Ironshore Insurance Services LLC**

**Term: 8/1/2019 to 8/1/2020**

**Term: 8/1/2019 to 8/1/2020**

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.



# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-02 SIR':'UFL0059924-00 SIR':'UFL0059924-01 SIR':'UFL0059924-02';'UFL0059924-02 SIR':'004150700'*
*EXCESS':'004150701' EXCESS':'004150701 EXCESS':'HC7AACBQEK001';'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy: 004150700**
**Cvg.: ACH-19**

**Insd: Advanced Correctional Healthcare, Inc.**
**Carrier: Ironshore Insurance Services LLC**

**Term: 8/1/2019 to 8/1/2020**
**Term: 8/1/2019 to 8/1/2020**

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| Claim Type | Status | Location | Cause Code | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

ACH-19-427820
Suit                        Ironshore Insurance Services LLC
Middleton, Jason Michael     Shelby County Criminal Justice Center      CORR
M  Shelbyville,IN            Advanced Correctional Healthcare, Inc.     FLR-MEDS     10/3/2018  09/25/2019  2/27/2022  9/25/2019

Paid:
Pend:
Resv:
Incur:

Pt. was not provided w/ appropriate pain medication for cancer-related pain.

ACH-19-438741
Suit                        Ironshore Insurance Services LLC
Morrell, Ronald Johnny Wayne  Livingston County Jail (MI) - from 3/2009   CORR
M  Howell, MI               Advanced Correctional Healthcare, Inc.     DC-MED       3/31/2015  01/29/2020  6/15/2020  1/29/2020

Paid:
Pend:
Resv:
Incur:

Pt claims that he rejected medical, he was then given Neurontin, c/o pain and other medical needs not appropriate tx

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR':'UFL0059924-01';'UFL0059924-01 SIR':'UFL0059924-02';'UFL0059924-02 SIR':'004150700';'004150700*
*EXCESS':'004150701':'004150701 EXCESS';'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy: 004150700**
**Cvg.: ACH-19**
**Insd: Advanced Correctional Healthcare, Inc.**
**Carrier: Ironshore Insurance Services LLC**
**Term: 8/1/2019 to 8/1/2020**
**Term: 8/1/2019 to 8/1/2020**

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type   Status | | Location | Cause Code | | LAEPaid | Indem Pending | Indem Paid | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | LAEReserve | Indem Pending | Total Pending |
| M.Stat Age Sex Loss City, State | | | | | LAEReserve | | Indem Reserve | Total Reserve |
| Alleged | | | | | LAEIncurred | | Indem Incurred | Total Incurred |



**ACH-19-440530**  HCL00135462  Ironshore Insurance Services LLC  CORR  10/19/2019  02/21/2020  2/21/2020
Suit  Logan County Jail (IL)  FLR-TX  Paid:
Nicholas, Richard J.  Advanced Correctional Healthcare, Inc. / Hughes P. Lochard, M.D. /  Pend:
[ M ] Lincoln, IL  Amy Woodrum, L.P.N.  Resv:
Incur:

inmate has a knee injury which is not being properly treated

**ACH-19-448140**  Ironshore Insurance Services LLC  CORR  4/8/2020  06/18/2020  6/18/2020  6/9/2022
Suit  Livingston County Jail (IL)  DC-DC-T  Paid:
Ortiz, Oscar  Advanced Correctional Healthcare, Inc. / P. Hughes / James A. Pulliam,  Pend:
[ ] Pontiac, IL  L.P.N.  Resv:
Incur:

Pt c/o that he was denied snacks when his blood sugar dropped and denied insulin when it was high, though he concedes that insulin was changed back

**ACH-19-450023**  HCL00143010  Ironshore Insurance Services LLC  CORR  5/7/2020  07/02/2020  7/16/2020  7/2/2020
Suit  McPherson County  ASSAULT  Paid:
Ouellette, Kevin Lawrence  Advanced Correctional Healthcare, Inc. / Lou Miller, N.P.  Pend:
33 [ M ] McPherson, KS  Resv:
Incur:

Pt c/o that he has been abused by other inmates and lack of care

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

*Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-00 SIR';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".*

Policy: 004150700
Cvg.: ACH-19

Insd: Advanced Correctional Healthcare, Inc.
Carrier: Ironshore Insurance Services LLC

Term: 8/1/2019 to 8/1/2020
Term: 8/1/2019 to 8/1/2020

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number Claim Type Claimant Name M.Stat Age Sex | Status Location Insureds Loss City, State Alleged | Carrier Claim # | Carrier Name Facility/Dept. Cause Code | Incident | Claim LAEPaid LAEPending LAEReserve LAEIncurred | Closed Indem Paid Indem Pending Indem Reserve Indem Incurred | Reported Total Paid Total Pending Total Reserve Total Incurred | Reopened |
|---|---|---|---|---|---|---|---|---|
| ACH-19-450413 Suit Perry, Michael | Ironshore Insurance Services LLC St. Francois County Jail Charles S. Pewitt, D.O. / Heather Katherine Smith Farmington, MO | | CORR OTHER | 3/17/2020 Paid: Pend: Resv: Incur: | 07/08/2020 | | 7/8/2020 | 11/1/2021 |
| | Improper amounts of insulin given, failed to obtain medical care for him | | | | | | | |
| ACH-19-440289 Suit Pippin, Eric S. 49 | Ironshore Insurance Services LLC Sangamon County Detention Facility Advanced Correctional Healthcare, Inc. Springfield.IL | | CORR ER-FPTX | 11/14/2019 Paid: Pend: Resv: Incur: | 02/20/2020 | 2/1/2021 | 2/20/2020 | |
| | Pt c/o he suffered from a separated shoulder, not treated, c/o failure to provide medical care | | | | | | | |
| ACH-19-447227 Suit Rodgers, Markes N. M | Ironshore Insurance Services LLC Christian County Correctional Center Advanced Correctional Healthcare, Inc. Taylorville, IL | HCL00142297 | CORR DC-DC | 3/22/2018 Paid: Pend: Resv: Incur: | 06/10/2020 | | 6/10/2020 | |
| | Pt c/o Defendants w/ deliberate indifference towards his serious medical needs | | | | | | | |
| ACH-19-441998 Suit Ross, LaRon | Ironshore Insurance Services LLC LaPorte County Jail Advanced Correctional Healthcare, Inc. / Mary Montgomery, R.N. / Michael Person, M.D. La Porte, IN | | CORR FLR-MEDS | 7/31/2018 Paid: Pend: Resv: Incur: | 03/11/2020 | | 3/11/2020 | |
| | Failed to properly manage his blood pressure medication r/i several seizures | | | | | | | |

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals 'Suit'.

Policy: 004150700     Insd: Advanced Correctional Healthcare, Inc.     Term: 8/1/2019 to 8/1/2020

Cvg.: ACH-19     Carrier: Ironshore Insurance Services LLC     Term: 8/1/2019 to 8/1/2020

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| Claim Type Status | | Location | Cause Code | | LAEPaid | Indem Paid | Total Paid | |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | Total Pending | |
| M.Stat Age Sex Loss City, State | | | | | LAEReserve | Indem Reserve | Total Reserve | |
| Alleged | | | | | LAEIncurred | Indem Incurred | Total Incurred | |

**ACH-19-450415**
Suit
**Rudolf, William Joseph**
Hayward, WI

Ironshore Insurance Services LLC
Sawyer County Jail
Carol Jeglum, P.A. / Robin Nelson, R.N.

CORR
MED-DENI

Incident: 5/7/2020   Claim: 07/08/2020   Closed: 7/1/2021   Reported: 7/8/2020

Paid:
Pend:
Resv:
Incur:

Medical staff refused to put him back on medications which were effective. He wants Humira shots.

**ACH-19-452433**   HCL00143473
Suit
**Ruffin, Johnny M. - Jr.**
Rockford, IL

Ironshore Insurance Services LLC
Winnebago County Jail
Advanced Correctional Healthcare, Inc.

CORR
DENIAL

Incident: 10/9/2018   Claim: 07/22/2020   Closed: 2/27/2022   Reported: 7/22/2020

Paid:
Pend:
Resv:
Incur:

Denied appropriate tx for pain. He has a spinal fx causing radicular pain as a result of a gunshot wound.

**ACH-19-430762**   00121965
Suit
**Ruffin-Traylor, Natalie**
50   F   Kenosha, WI

Ironshore Insurance Services LLC
Kenosha County Detention Center
Advanced Correctional Healthcare, Inc. / Karen L. Butler, M.D.

CORR
DEL-TX

Incident: 10/17/2014   Claim: 11/15/2019   Closed: 8/23/2022   Reported: 11/15/2019   Reopened: 3/9/2022

Paid:
Pend:
Resv:
Incur:

Pt. had a pre-existing ankle fx had a below the knee amputation d/t delayed and inadequate tx

**ACH-19-441604**
Suit
**Rutherford, Andrew A.**
New Albany, IN

Ironshore Insurance Services LLC
Floyd County Jail
Advanced Correctional Healthcare, Inc.

CORR
DC-SC

Incident: 10/23/2019   Claim: 03/04/2020   Closed: 12/21/2020   Reported: 3/4/2020

Paid:
Pend:
Resv:
Incur:

Pt c/o that officers used excessive force in the jail after his arrest, causing a cyst, pt received appropriate care

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

*Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-01';'UFL0059924-02';'UFL0059924-02' SIR:'004150700';'004150700';'004150700'*
*EXCESS:'004150701' EXCESS:'004150701' EXCESS:'HC7AACBQEK001';HC7AACBQEK001 EXCESS':HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy: 004150700**
**Cvg.: ACH-19**

**Insd: Advanced Correctional Healthcare, Inc.**
**Carrier: Ironshore Insurance Services LLC**

**Term: 8/1/2019 to 8/1/2020**
**Term: 8/1/2019 to 8/1/2020**

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | | Location | Cause Code | | LAEPaid | IndemPaid | Total Paid |
| Claimant Name | | Insureds | | | | LAEPending | IndemPending | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | | LAEReserve | IndemReserve | Total Reserve |
| Alleged | | | | | | | LAEIncurred | IndemIncurred | Total Incurred |

**ACH-19-442862**
Suit
**Shafer, Troy M.**
39 | M | Jackson, MI
CORR — UNKNW
Ironshore Insurance Services LLC
Jackson County Jail
Advanced Correctional Healthcare, Inc.
12/29/2019 | 03/27/2020 | | 3/27/2020
Paid:
Pend:
Resv:
Incur:

Pt. feverish, body aches, headache, and leg numbness, coughing up blood, Pt death

**ACH-19-448138**
Suit
**Shunick, Char M.**
| M | Galesburg,IL
CORR — DEN-NEG
Ironshore Insurance Services LLC
Knox County Jail
Advanced Correctional Healthcare, Inc.
2/5/2020 | 06/18/2020 | | 6/18/2020 | 5/31/2022
Paid:
Pend:
Resv:
Incur:

Pt c/o inadequate dental care, the complaint c/o that he was denied dental tx because he could not afford to pay for it.

**ACH-19-452627**
Suit
**Smart, Andrew**
| Bolivar, MO
CORR — DENIAL
Ironshore Insurance Services LLC
Polk County Jail
Cynthia R. Ware, M.D.
5/4/2020 | 07/24/2020 | 2/27/2022 | 7/24/2020
Paid:
Pend:
Resv:
Incur:

Inmate has been denied psych meds and is afraid for his safety but the doctor told that he was fine.

**ACH-19-429782**  **HCL00140226**
Suit
**Smith, Roger Oral**
52 | M | El Dorado, KS
CORR — DC-MED
Ironshore Insurance Services LLC
Butler County Adult Detention Facility
Brooke Haubenstein, R.N.
6/24/2018 | 10/31/2019 | | 10/31/2019 | 11/1/2021
Paid:
Pend:
Resv:
Incur:

Nursing staff at the jail did not appropriately treat his allergies

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

Policy Number in ('UFL0059924-00':'UFL0059924-00 SIR':'UFL0059924-01':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700 EXCESS':'004150701 EXCESS':'004150701':'004150701':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: 004150700    Insd: Advanced Correctional Healthcare, Inc.    Term: 8/1/2019 to 8/1/2020
Cvg.: ACH-19    Carrier: Ironshore Insurance Services LLC    Term: 8/1/2019 to 8/1/2020
Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | Cause Code | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ACH-19-440780 | | Ironshore Insurance Services LLC | CORR | 1/4/2020 | 02/25/2020 | 2/27/2022 | 2/25/2020 | |
| Suit | | Sangamon County Detention Facility | IMP-TX | | Paid: | | | |
| Taylor, Kennado K. | | Advanced Correctional Healthcare, Inc. | | | Pend: | | | |
| | M | Springfield, IL | | | Resv: | | | |
| | | | | | Incur: | | | |

Pt c/o that his mental health conditions were not properly treated, that his mental health conditions were not properly treated

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-00 SIR';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001 EXCESS';'HC7AACBQEK001';'HC7AACBQEK002') and Claim Type equals "Suit".

**Policy: 004150700**
**Cvg.: ACH-19**
Insd: Advanced Correctional Healthcare, Inc.
Carrier: Ironshore Insurance Services LLC
**Term: 8/1/2019 to 8/1/2020**
**Term: 8/1/2019 to 8/1/2020**

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.



| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | Cause Code | | LAEPaid | IndemPaid | IndemPaid | TotalPaid |
| Claimant Name | | Insureds | | | LAEPending | IndemPending | IndemPending | TotalPending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | IndemReserve | TotalReserve |
| Alleged | | | | | LAEIncurred | IndemIncurred | TotalIncurred |

**ACH-19-425820** — HCL0110439 — Ironshore Insurance Services LLC — CORR — Incident 10/29/2018 — Claim 08/28/2019 — Reported 8/28/2019
Suit — Cape Girardeau County Jail — MED-DENI
Willis, Willie — Charla Earnheart, L.P.N.
Jackson, M, Jackson, MO
Paid: / Pend: / Resv: / Incur:

Pt. had sx for a fx arm which included placement of a rod - Denial of pain medication prescribed by the surgeon

**ACH-19-425674** — Ironshore Insurance Services LLC — CORR — Incident 8/6/2018 — Claim 08/21/2019 — Reported 8/21/2019
Suit — Coles County Jail — FLR-DX
Wolfe, Barry S. — Wendy Chambers, R.N. / Ramon Climaco, M.D.
54, M, Charleston, IL
Paid: / Pend: / Resv: / Incur:

Fit to dx pt scabies infection and alleges that he was only given hydrocortisone cream, which failed to cure the infection



# Loss Run Report

### GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002';'HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy: 004150700**                                                                              **Term: 8/1/2019 to 8/1/2020**
**Cvg.: ACH-19**                                                                                      **Term: 8/1/2019 to 8/1/2020**

**Insd: Advanced Correctional Healthcare, Inc.**
**Carrier: Ironshore Insurance Services LLC**

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.



# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

Policy Number in ('UFL0059924-00':'UFL0059924-00 SIR':'UFL0059924-01':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700 EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

**Policy: 004150700  EXCESS**      **Insd: Advanced Correctional Healthcare, Inc.**     **Term: 8/1/2019 to 8/1/2020**

**Cvg.: ACH-19XS**     **Carrier: Ironshore Insurance Services LLC**     **Term: 8/1/2019 to 8/1/2020**

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type  Status | | Location | Cause Code | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ACH-19XS-514638 | | Ironshore Insurance Services LLC | CORR | 4/3/2020 | 07/13/2020 | | 7/13/2020 | |
| Suit | | Phelps County Jail | DEL-TX | | Paid: | | | |
| Hill, Bilal Hasanie | | Advanced Correctional Healthcare, Inc. / Arthur Bentley, M.D. / | | | Pend: | | | |
| 42 | M | Rolla, MO | Dionne Kelly | | | Resv: | | |
| | | | | | Incur: | | | |

Delayed tx for lung cancer, dx w/ terminal cancer.

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy: 004150700 EXCESS**  Insd: Advanced Correctional Healthcare, Inc.  Term: 8/1/2019 to 8/1/2020
**Cvg.: ACH-19XS**  Carrier: Ironshore Insurance Services LLC  Term: 8/1/2019 to 8/1/2020

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Incident | Claim | Closed | Reported | Reopened |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Claim Type | Status | Location | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | LAEPending | Indem Pending | | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | LAEIncurred | Indem Incurred | | Total Incurred |

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-00 SIR';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700'; EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".

**Policy: 004150701**
**Cvg.: ACH-20**
**Insd: Advanced Correctional Healthcare, Inc.**
**Carrier: Ironshore Insurance Services LLC**

**Term: 8/1/2020 to 8/1/2021**
**Term: 8/1/2020 to 8/1/2021**

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | Cause Code | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat Age Sex | Loss City, State | | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

ACH-20-485615
Suit
Babcock, Gene R. - Jr.
Edwardsville, IL

Ironshore Insurance Services LLC
Madison County Jail
Hughes Lochard, M.D. / Advanced Correctional Healthcare, Inc.

CORR
DISSC

3/8/2021 | 04/06/2021 | 04/06/2021 | 4/6/2021
Paid:
Pend:
Resv:
Incur:

Plaintiff suffered dislocation of artificial hip .DR.only ordered Tylenol instead of sending him to the hospital.

ACH-20-487251
Suit
Banning, Nicholas
Shelbyville, IL

HCL00156132 Wironshore Insurance Services LLC
Shelby County Jail
Advanced Correctional Healthcare, Inc.

CORR
DC-DC

3/10/2020 | 04/28/2021 | 04/28/2021 | 4/28/2021
Paid:
Pend:
Resv:
Incur:

Pt was not provided w/ any care for severe opioid dependency, c/o that ACH and the sheriff had a policy of refusing to provide care

ACH-20-486109
Suit
Benford, Michael
52 M Sedalia, MO

HCL0015791 AgIronshore Insurance Services LLC
Pettis County Jail
Advanced Correctional Healthcare, Inc. / Charles Pewitt / Kristin Tate

CORR
FLR-TX

8/13/2017 | 04/12/2021 | 04/12/2021 | 4/12/2021
Paid:
Pend:
Resv:
Incur:

Flr to provide medical care, r/i Pt Death d/t heart attack

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

*Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-02';'UFL0059924-02' SIR:'004150700';'004150700'*
*EXCESS:'004150701' EXCESS:'004150701' EXCESS:'HC7AACBQEK001';'HC7AACBQEK001' EXCESS:'HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy: 004150701**
**Cvg.: ACH-20**
**Insd: Advanced Correctional Healthcare, Inc.**
**Carrier: Ironshore Insurance Services LLC**

**Term: 8/1/2020 to 8/1/2021**
**Term: 8/1/2020 to 8/1/2021**

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | | Location | Cause Code | | LAEPaid | Indem Paid | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | Indem Reserve | Total Reserve |
| Alleged | | | | | | LAEIncurred | Indem Incurred | Total Incurred |

**ACH-20-477296**
Suit — CORR
DENIAL.
Ironshore Insurance Services LLC
Sheboygan County Detention Center
Advanced Correctional Healthcare, Inc.

**Brown, Steward D.**
2 | M | Sheboygan, WI

Incident: 4/1/2018 | Claim: 01/11/2021 | Closed: 9/14/2021 | Reported: 1/11/2021

Paid:
Pend:
Resv:
Incur:

Inmate c/o that he was denied tx and evaluation for prostate cancer, which now requires chemotherapy or sx

**ACH-20-470282**
Suit — CORR
DENIAL.
Ironshore Insurance Services LLC
Webster County Jail
RaviNarella

**Cohen, Michael**
Marshfield, MO

Incident: 8/13/2020 | Claim: 11/05/2020 | Closed: 11/1/2021 | Reported: 11/5/2020 | Reopened: 11/1/2021

Paid:
Pend:
Resv:
Incur:

Pt C/o that he was denied care for his back condition and for the symptom of blood in his stool

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

Policy Number in ('UFL0059924-00':'UFL0059924-00 SIR':'UFL0059924-01':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700
EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

**Policy: 004150701**
**Cvg.: ACH-20**

**Insd: Advanced Correctional Healthcare, Inc.**
**Carrier: Ironshore Insurance Services LLC**

**Term: 8/1/2020 to 8/1/2021**
**Term: 8/1/2020 to 8/1/2021**

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name Location Insureds | Facility/Dept. Cause Code | Incident | Claim LAEPaid LAEPending LAEReserve LAEIncurred | Closed Indem Pending Indem Reserve Indem Incurred | Reported | Reopened Total Paid Total Pending Total Reserve Total Incurred |
|---|---|---|---|---|---|---|---|---|
| Claim Type   Status | | | | | | | | |
| Claimant Name | | | | | | | | |
| M.Stat Age Sex  Loss City, State | | | | | | | | |
| Alleged | | | | | | | | |



**ACH-20-483518**
Suit
**Cotton, Devonta**
Edwardsville, IL

HCL00155304 W Ironshore Insurance Services LLC
Madison County Jail
Mary Dambacher, N.P.

CORR
CIVRTS

1/22/2021 | 03/12/2021 | 8/12/2022 | 3/12/2021

Paid:
Pend:
Resv:
Incur:

Cotton did not received proper dental care.was told to buy pain medication and given dental wax, but nothing else

**ACH-20-472782**
Suit
**Dartaniel Pruitt, et al. Multiple claimants**
Salem,IL

HCL00154329 W Ironshore Insurance Services LLC
Marion County Jail
Allison.Alexander

CORR
COVID-19

10/17/2020 | 12/14/2020 | | 12/14/2020

Paid:
Pend:
Resv:
Incur:

COVID-19 C/o not wearing masks or maintain social distancing to limit the spread, failed to respond to sick call

**ACH-20-470660**
Suit
**Dawson, James Dumar**
28   Lincoln, IL

Ironshore Insurance Services LLC
Logan County Jail (IL)
Advanced Correctional Healthcare, Inc. / Amy Woodrum

CORR
DEL-TX

5/21/2020 | 11/11/2020 | | 11/11/2020 | 3/23/2021

Paid:
Pend:
Resv:
Incur:

Pt had hernia that was aggravated during a fight in the jail, jail refused to provide sx d/t Due to Covid-19.

**ACH-20-488495**
Suit
**Eichelkraut, Stephen**
Morris, IL

Ironshore Insurance Services LLC
Grundy County Jail
Advanced Correctional Healthcare, Inc.

CORR
INFECT

10/3/2019 | 05/18/2021 | | 5/18/2021 | 4/25/2022

Paid:
Pend:
Resv:
Incur:

Pt c/o that he contracted MRSA at the Grundy IL jail from another inmate, R.S. He c/o that R.S. was a long-standing carrier of MRSA

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

Policy Number in ('UFL0059924-00':'UFL0059924-00 SIR':'UFL0059924-01':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700
EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

| Policy: 004150701 | **Insd:** Advanced Correctional Healthcare, Inc. | **Term:** 8/1/2020 to 8/1/2021 |
| Cvg.: ACH-20 | **Carrier:** Ironshore Insurance Services LLC | **Term:** 8/1/2020 to 8/1/2021 |

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | Cause Code | | LAEPaid | IndemPaid | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | Indem Reserve | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | Total Incurred |

**ACH-20-482704** — Ironshore Insurance Services LLC — CORR — DC-DC
Suit — Vernon
Gerne, Chad — Sandra Torgerson
Viroqua, WI

Incident: 6/4/2020  Claim: 03/02/2021  Reported: 3/2/2021
Paid:   Pend:   Resv:   Incur:

Pt c/o that the nurse and jail staff refused to treat him for Lyme disease (it sounds like he had mental health issues, which were addressed

**ACH-20-483943**   HCL00155466 Ag Ironshore Insurance Services LLC — CORR — DC-DC
Suit — Henry County Jail
Hayes, Jerry L. - Jr. — Advanced Correctional Healthcare, Inc. / Autumn M. Hayes, L.P.N.
Cambridge,IL

Incident: 11/30/2020  Claim: 03/22/2021  Closed: 10/8/2021  Reported: 3/22/2021
Paid:   Pend:   Resv:   Incur:

Pt c/o that officers Brown and Davis slammed his arm in the chuckhol and did not provide him w/ tx for that injury

**ACH-20-483044** — Ironshore Insurance Services LLC — CORR — DC-DC
Suit — Hamilton County Jail
Hopkins, Terry — Advanced Correctional Healthcare, Inc.
65 | M | Noblesville,IN

Incident: 3/4/2021  Claim: 03/05/2021  Closed: 7/27/2021  Reported: 3/5/2021
Paid:   Pend:   Resv:   Incur:

Pt had a cardiac catheterization and .later, bypass sx, c/o jail did not provide proper care

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00':'UFL0059924-01':'UFL0059924-02' SIR':'UFL0059924-00 SIR':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700
EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

**Policy: 004150701**
**Cvg.: ACH-20**

Insd: Advanced Correctional Healthcare, Inc.
Carrier: Ironshore Insurance Services LLC

Term: 8/1/2020 to 8/1/2021
Term: 8/1/2020 to 8/1/2021

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number / Claim Type / Status / Claimant Name / M.Stat Age Sex Loss City, State / Alleged | Carrier Claim # | Carrier Name / Location / Insureds | Facility/Dept. / Cause Code | Incident | Claim / LAEPaid / LAEPending / LAEReserve / LAEIncurred | Closed / Indem Paid / Indem Pending / Indem Reserve / Indem Incurred | Reported / Total Paid / Total Pending / Total Reserve / Total Incurred | Reopened |
|---|---|---|---|---|---|---|---|---|
| ACH-20-468447 Suit Jentz-Wright, Justin  Aledo, IL | | Ironshore Insurance Services LLC Mercer County Jail Tracey Burgard / Carrie Melvin | CORR REFTX | 6/16/2020 Paid: Pend: Resv: Incur: | 10/28/2020 | | 10/28/2020 | |
| Pt C/o he was tackled and injured  the medical staff refused to provide him w/ medical tx for his back pain | | | | | | | | |
| ACH-20-492631 Suit Jones, Kenneth  30  M  Edwardsville, IL | | Ironshore Insurance Services LLC Madison County Jail Advanced Correctional Healthcare, Inc. / Shelly Braun, R.N. | CORR FALO-PL | 4/20/2021 Paid: Pend: Resv: Incur: | 07/06/2021 | | 7/6/2021 | |
| Jones Fell and Injured his hand.had fx.filed grievance and requested his medical records. needs sx for the hand | | | | | | | | |
| ACH-20-472176 Suit Kelly, Robert  M  Edwardsville, IL | | Ironshore Insurance Services LLC Madison County Jail Advanced Correctional Healthcare, Inc. / Mary Dambacher, N.P. | CORR DEN-NEG | 11/16/2020 Paid: Pend: Resv: Incur: | 12/03/2020 | 11/18/2021 | 12/3/2020 | |
| Did not received proper dental care. | | | | | | | | |

# Loss Run Report

### GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00':'UFL0059924-00 SIR':'UFL0059924-01':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700 EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: 004150701
Cvg.: ACH-20
Insd: Advanced Correctional Healthcare, Inc.      Term: 8/1/2020 to 8/1/2021
Carrier: Ironshore Insurance Services LLC      Term: 8/1/2020 to 8/1/2021
Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | | Location | Cause Code | | LAEPaid | Indem Paid | Total Paid |
| Claimant Name | | Insureds | | | | LAEPending | Indem Pending | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | | LAEReserve | Indem Reserve | Total Reserve |
| Alleged | | | | | | | LAEIncurred | Indem Incurred | Total Incurred |

**ACH-20-468981**
Suit
**Longden, Geoffrey S.**
Salem, IL

Ironshore Insurance Services LLC
Marion County Jail
Allison:Alexander

INPT
COVID-19

Incident: 10/8/2020   Claim: 10/23/2020   Reported: 10/23/2020
Paid:
Pend:
Resv:
Incur:

COVID 19 matter- Inmates c/o they were exposed to COVID-19 and that each defendant refused them testing and pleas

**ACH-20-486272**   HCL00155790
Suit
**Natoli, Michael**
58 | M | Rolla, MO

Ironshore Insurance Services LLC
Phelps County Jail
Dionne Kelley / Advanced Correctional Healthcare, Inc.

CORR
CAN-OTH

Incident: 7/23/2020   Claim: 04/14/2021   Reported: 4/14/2021
Paid:
Pend:
Resv:
Incur:

Natoli alleges that he was diagnosed with prostate cancer.refused to send him to surgeon or obtain sx

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

*Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-02 SIR';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy: 004150701**

**Cvg.: ACH-20**

Insd: Advanced Correctional Healthcare, Inc.

Carrier: Ironshore Insurance Services LLC

Term: 8/1/2020 to 8/1/2021

Term: 8/1/2020 to 8/1/2021

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | | Location | | | LAEPaid | IndemPaid | TotalPaid |
| Claimant Name | | Insureds | Cause Code | | | LAEPending | IndemPending | TotalPending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | IndemReserve | TotalReserve |
| Alleged | | | | | | LAEIncurred | IndemIncurred | TotalIncurred |

| ACH-20-453901 | | Ironshore Insurance Services LLC | CORR | 11/26/2019 | 08/05/2020 | | 8/5/2020 | |
| Suit | | Livingston County Jail (IL) | DC-DC-P | | | | | |
| Ortiz, Oscar | | Advanced Correctional Healthcare, Inc. / James A. Pulliam, L.P.N. | | | Paid: | | | |
| | | Pontiac, IL. | | | Pend: | | | |
| | | | | | Resv: | | | |
| | | | | | Incur: | | | |

Pt. c/o back pain from an auto accident while transported to the jail and also states not been adequately treated

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

Policy Number in ('UFL0059924-00':'UFL0059924-01':'UFL0059924-02' SIR':'UFL0059924-00 SIR':'UFL0059924-01 SIR':'UFL0059924-02' SIR':'004150700':'004150700 EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001 EXCESS':'HC7AACBQEK001':'HC7AACBQEK002') and Claim Type equals "Suit".

| Policy: 004150701 | | Insd: Advanced Correctional Healthcare, Inc. | Term: 8/1/2020 to 8/1/2021 |
|---|---|---|---|
| Cvg.: ACH-20 | | Carrier: Ironshore Insurance Services LLC | Term: 8/1/2020 to 8/1/2021 |

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type  Status | | Location | Cause Code | | | LAEPaid | Indem Paid | Total Paid |
| Claimant Name | | Insureds | | | | LAEPending | Indem Pending | Total Pending |
| M.Stat  Age  Sex  Loss City, State | | | | | | LAEReserve | Indem Reserve | Total Reserve |
| Alleged | | | | | | LAEIncurred | Indem Incurred | Total Incurred |

| ACH-20-491477 | CHISPC00003327 | Ironshore Insurance Services LLC | CORR | 3/31/2019 | 06/23/2021 | 06/23/2021 | 6/23/2021 | |
| Suit | | Muscatine County Jail | MED-WRON | Paid: | | | | |
| Roberts, Demetrick | | Advanced Correctional Healthcare, Inc. / Carol Jeglum, P.A. | | Pend: | | | | |
| | | | | Resv: | | | | |
| Muscatine, IA | | | | Incur: | | | | |

Denied medication and treatment for severe pain in his lower left back and kidney, caused by medications given at Muscatine

| ACH-20-472710 | | Ironshore Insurance Services LLC | CORR | 11/30/2020 | 12/11/2020 | 12/11/2020 | 12/11/2020 | |
| Suit | | Madison County Jail | DISSC | Paid: | | | | |
| Russell, Steven | | Advanced Correctional Healthcare, Inc. / Mary Dambacher, N.P. | | Pend: | | | | |
| | | | | Resv: | | | | |
| Edwardsville, IL | | | | Incur: | | | | |

Complains of denied adequate dental care and failed to send him to a dentist.

| ACH-20-487053 | | Ironshore Insurance Services LLC | CORR | 7/24/2019 | 04/26/2021 | 04/26/2021 | 4/26/2021 | |
| Suit | | Racine County Jail | IMP-TX | Paid: | | | | |
| Scales, Phillip Avery | | Carol Jeglum, P.A. | | Pend: | | | | |
| | | | | Resv: | | | | |
| Racine, WI | | | | Incur: | | | | |

Scales alleges that he did not receive proper treatment for a dislocated shoulder. USMS attempted to serve Jeglum  by emailing ACH.

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-02 SIR';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".*

Policy: **004150701**                                      Term: 8/1/2020 to 8/1/2021
Cvg.: **ACH-20**        Insd: Advanced Correctional Healthcare, Inc.     Term: 8/1/2020 to 8/1/2021
                        Carrier: Ironshore Insurance Services LLC

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | Cause Code | | LAE Paid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAE Pending | Indem Pending | | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAE Reserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAE Incurred | Indem Incurred | | Total Incurred |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ACH-20-485153 | | Ironshore Insurance Services LLC | CORR | 3/25/2021 | 03/30/2021 | 2/14/2022 | 3/30/2021 | |
| Suit | | Christian County Correctional Center | DC-DC | | Paid: | | | |
| Shehadeh, Jamal | | Advanced Correctional Healthcare, Inc. | | | Pend: | | | |
| | | Taylorville, IL | | | Resv: | | | |
| | | | | | Incur: | | | |

Pt has threatened to sue ACH medical providers because they will not give him his preferred psychotropic medication

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701 EXCESS';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: 004150701
Cvg.: ACH-20

Insd: Advanced Correctional Healthcare, Inc.
Carrier: Ironshore Insurance Services LLC

Term: 8/1/2020 to 8/1/2021
Term: 8/1/2020 to 8/1/2021

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**



| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | Cause Code | | LAEPaid | Indem Paid | Total Paid | |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | Total Pending | |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | Indem Reserve | Total Reserve | |
| Alleged | | | | | LAEIncurred | Indem Incurred | Total Incurred | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ACH-20-472708 | | Ironshore Insurance Services LLC | CORR | 8/26/2020 | 12/1/2020 | 1/12/2022 | 12/11/2020 | |
| Suit | | Bartholomew County Jail | DISSC | Paid: | 12/1/2020 | | 12/11/2020 | |
| Snodgrass, James | | Advanced Correctional Healthcare, Inc. / Roy Washington, N.P. | | Pend: | | | | |
| 34 | M | Columbus, IN | | Resv: | | | | |
| | | | | Incur: | | | | |

complains of the has not provided sufficient treatment for his testicular pain.His pain has not been relieved

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-02' SIR';'UFL0059924-00 SIR';'UFL0059924-01 SIR';'UFL0059924-02 SIR';'004150700';'004150700
EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: 004150701
Cvg.: ACH-20

**Insd: Advanced Correctional Healthcare, Inc.**
**Carrier: Ironshore Insurance Services LLC**

Term: 8/1/2020 to 8/1/2021
Term: 8/1/2020 to 8/1/2021

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|
| Claim Type / Status | | Location | | LAEPaid | IndemPaid | | TotalPaid |
| Claimant Name | | Insureds | | LAEPending | IndemPending | | TotalPending |
| M.Stat / Age / Sex / Loss City, State | | Cause Code | | LAEReserve | IndemReserve | | TotalReserve |
| Alleged | | | | LAEIncurred | IndemIncurred | | TotalIncurred |

**ACH-20-475901** — Ironshore Insurance Services LLC
Suit — Otsego County Jail — CORR / MED-DENI
Victor, Michael
Gaylord, MI
Advanced Correctional Healthcare, Inc. / Kimberly Reynolds
Incident: 4/28/2019   Claim: 01/04/2021   Reported: 1/4/2021   Paid: / Pend: / Resv: / Incur:

Did not receive his anti-seizure medication r/i grand mal seizure and was injured.Nurse refused him the medication.

**ACH-20-493113** — Ironshore Insurance Services LLC
Suit — Bartholomew County Jail — CORR / DEL-DX
Vogt, Jennifer Lynn
Columbus, IN
Roy Washington
Incident: 10/1/2019   Claim: 07/12/2021   Closed: 1/31/2022   Reported: 7/12/2021   Paid: / Pend: / Resv: / Incur:

Pt C/O fXwrist in an accident at the jail, Delay in Dx and Tx, transferred to w/o prescriptions or records R/i Delay in sx

**ACH-20-470402** — Ironshore Insurance Services LLC
Suit — Monroe County — CORR / SUI-ATT
Vontz, Nicholas
Monroe, MI
Advanced Correctional Healthcare, Inc.
Incident: 4/12/2018   Claim: 11/09/2020   Reported: 11/9/2020   Paid: / Pend: / Resv: / Incur:

Pt c/o he was placed on suicide watch and not provided w/ appropriate medical or mental health care

**ACH-20-468208** — HCL00147796 — Wironshore Insurance Services LLC
Suit — Marion County Jail — CORR / COVID-19
Wallace, Jesse - Jr.
Salem,IL
AllisonAlexander
Incident: 9/13/2020   Claim: 10/23/2020   Reported: 10/23/2020   Paid: / Pend: / Resv: / Incur:

Covid 19 Pt C/o being denied care for COVID-19 and that this sick call requests to this effect were ignored

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700
EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".

**Policy: 004150701**

**Cvg.: ACH-20**

**Insd:** Advanced Correctional Healthcare, Inc.

**Carrier:** Ironshore Insurance Services LLC

**Term:** 8/1/2020 to 8/1/2021

**Term:** 8/1/2020 to 8/1/2021

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | | Facility/Dept. | | Incident | Claim | Closed | Reported | Reopened |
| Claim Type | Status | Location | | Cause Code | | | LAEPaid | Indem Paid | Indem Paid | Total Paid |
| Claimant Name | | Insureds | | | | | LAEPending | Indem Pending | Indem Pending | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | | LAEReserve | Indem Reserve | Indem Reserve | Total Reserve |
| Alleged | | | | | | | LAEIncurred | Indem Incurred | Indem Incurred | Total Incurred |

| ACH-20-472709 | HCL00153869 | Ironshore Insurance Services LLC | CORR | 11/30/2020 | 12/11/2020 | 2/14/2022 | 12/11/2020 | |
| Suit | | Scotts Bluff County Detention Center | DEL-TX | Paid: | | | |
| Williams, Bruce Lowell | | Advanced Correctional Healthcare, Inc. / Nurse Alicia Longoria | | Pend: | | | |
| 38 | M | Gering, NE | | | Resv: | | | |
| | | | | Incur: | | | |

Complains of he was denied appropriate dental care d/t delay of approval to send him out for dental care.



# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002';'HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy: 004150701**
**Cvg.: ACH-20**
**Term: 8/1/2020 to 8/1/2021**
**Term: 8/1/2020 to 8/1/2021**

Insd: Advanced Correctional Healthcare, Inc.
Carrier: Ironshore Insurance Services LLC
Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".

**Policy: 004150701  EXCESS**  Insd: Advanced Correctional Healthcare, Inc.  Term: 8/1/2020 to 8/1/2021
**Cvg.: ACH-20XS**  Carrier: Ironshore Insurance Services LLC  Term: 8/1/2020 to 8/1/2021

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Claim Type | Status | Location | Cause Code | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat Age Sex | Loss City, State | | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

ACH-20XS-514637    HCL00135462    Ironshore Insurance Services LLC    CORR    10/19/2019 | 02/21/2020 | 12/17/2021 | 2/21/2020

Suit    Logan County Jail (IL)    FLR-TX    PRIOR:

Nicholas, Richard J.    Advanced Correctional Healthcare, Inc. / Hughes P. Lochard, M.D. /    Paid:

[ ] M | Lincoln, IL.    Amy Woodrum, L.P.N.    Pend:

Resv:

Incur:

immate has a knee injury which is not being properly treated

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy: 004150701  EXCESS**     Insd: Advanced Correctional Healthcare, Inc.     **Term: 8/1/2020 to 8/1/2021**

**Cvg.: ACH-20XS**     Carrier: Ironshore Insurance Services LLC     **Term: 8/1/2020 to 8/1/2021**

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | Cause Code | | LAE Paid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAE Pending | Indem Pending | | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAE Reserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAE Incurred | Indem Incurred | | Total Incurred |

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

*Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-01' SIR';'UFL0059924-02';'UFL0059924-02' SIR';'004150700';'004150700'
EXCESS';'004150701' EXCESS';'004150701' EXCESS';'HC7AACBQEK001';'HC7AACBQEK001' EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy:HC7AACBQEK001**
**Cvg.:ACH-21**

**Insd: Advanced Correctional Healthcare, Inc.**
**Carrier: Ironshore Insurance Services LLC**

**Term: 8/1/2021 to 8/1/2022**
**Term: 8/1/2021 to 8/1/2022**

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Claim Type Status | | Location | Cause Code | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat Age Sex Loss City, State | | | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

ACH-21-501370
Suit — Ironshore Insurance Services LLC — CORR NGL-OTHR — 4/5/2020 — 10/19/2021 — 10/19/2021

**Atwood, James**
Alma Martija / Tracey Burgand
Cambridge,IL

Paid:
Pend:
Resv:
Incur:

Pt c/o trouble breathing, staff refused to provide his inhaler.

ACH-21-503543
Suit — Ironshore Insurance Services LLC — CORR SUR-OTH — 3/20/2020 — 11/22/2021 — 11/22/2021

**Berwanger, John James**
Lisa Tyler
Dubuque, IA

Paid:
Pend:
Resv:
Incur:

Pt c/o negligence of sx as he had tear to arm. Alleges shoulder injury had not been dx or effectively treated.

ACH-21-516896
Suit — Ironshore Insurance Services LLC — CORR DISSC — 5/24/2019 — 05/13/2022 — 5/13/2022 — 6/6/2022

**Bolden, Michael**
Jodie Ryan
Mansfield, OH

Paid:
Pend:
Resv:
Incur:

Pt alleges that he was not provided with appropriate care for pre-existing traumatic injuries after he was transferred

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00':'UFL0059924-01':'UFL0059924-02':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700'
EXCESS':'004150701' EXCESS':'004150701' EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

**Policy:HC7AACBQEK001**                                   **Term: 8/1/2021 to 8/1/2022**
**Cvg.: ACH-21**     **Insd: Advanced Correctional Healthcare, Inc.**
                     **Carrier: Ironshore Insurance Services LLC**     **Term: 8/1/2021 to 8/1/2022**

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | | LAEPaid | Indem Paid | Indem Paid | Total Paid |
| Claimant Name | | Insureds | | LAEPending | Indem Pending | Indem Pending | Total Pending |
| M.Stat Age Sex Loss City, State | | Cause Code | | LAEReserve | Indem Reserve | Indem Reserve | Total Reserve |
| Alleged | | | | LAEIncurred | Indem Incurred | Indem Incurred | Total Incurred |

**ACH-21-522142**     Ironshore Insurance Services LLC     CORR     7/1/2022   07/25/2022   8/8/2022   7/25/2022
Suit     Delaware County Jail     DISSC     Paid:
Bordeau, Laylah     Advanced Correctional Healthcare, Inc.     Pend:
     Delaware, OH     Resv:
          Incur:

*Pt c/o suffering from both medical and dental conditions which require care*

**ACH-21-522526**   ATLSPC0004246 Ironshore Insurance Services LLC     CORR     7/14/2022   07/28/2022   12/20/2022   7/28/2022
Suit     Morgan County Sheriff     DEL-DX     Paid:
Brandt, Christian     Advanced Correctional Healthcare, Inc. / Quentin Emerson, M.D.     Pend:
     Martinsville, IN     Resv:
          Incur:

*Delay in diagnosis/tx, dental issues.. complains that he was not given narcotic pain relievers after having his wisdom teeth removed.*

**ACH-21-511058**   ATLSPC0003862 Ironshore Insurance Services LLC     CORR     3/2/2019   03/07/2022     3/7/2022
Suit     Jefferson County Jail     DC-DC-De     Paid:
Cardenas, Jesus D. - Estate of     Advanced Correctional Healthcare, Inc. / Karen RonquilloHorton,     Pend:
     Jefferson, WI     M.D.     Resv:
          Incur:

*Pt was not treated for opiate withdrawal and suffered from seizures r/i Death*

**ACH-21-502182**   ATLSPC0003669 Ironshore Insurance Services LLC     CORR     8/2/2021   11/02/2021     11/2/2021
Suit     Rice County Jail     INFECT     Paid:
Chambers, Kayshawn     Advanced Correctional Healthcare, Inc.     Pend:
| 24 | M | Faribault, MN     Resv:
          Incur:

*Pt c/o that he was suffering from an infection and but only one dose of antibiotic given to pt by the nurse*

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

*Policy Number in ('UFL0059924-00':'UFL0059924-01':'UFL0059924-00 SIR':'UFL0059924-01':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700 EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".*

Policy: HC7AACBQEK001    Insd: Advanced Correctional Healthcare, Inc.    Term: 8/1/2021 to 8/1/2022
Cvg.: ACH-21    Carrier: Ironshore Insurance Services LLC    Term: 8/1/2021 to 8/1/2022
Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | | Location | Cause Code | | LAEPaid | IndemPaid | Total Paid |
| Claimant Name | | Insureds | | | | LAEPending | IndemPending | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | IndemReserve | Total Reserve |
| Alleged | | | | | | LAEIncurred | IndemIncurred | Total Incurred |

**ACH-21-503424**    ATLSPC0003608   Ironshore Insurance Services LLC   CORR
Suit    Phelps County Jail   DENIAL
Clark, Sacorey    Paul Burris / Dionne Kelley
41    Rolla, MO
Incident: 5/2/2021   Claim: 11/19/2021   Reported: 11/19/2021
Paid:   Pend:   Resv:   Incur:

Pt c/o he was assaulted, failed to provide the medications, improper care, denial of care and infection

**ACH-21-516915**    Ironshore Insurance Services LLC   CORR
Suit    Sangamon County Detention Facility   DISSC
Elem, Mario A.    SaraLehmann
Springfield, IL
Incident: 10/28/2021   Claim: 05/17/2022   Reported: 5/17/2022
Paid:   Pend:   Resv:   Incur:

Pt alleging primarily that he has been denied supplies needed with respect to his colostomy

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700';'004150700' EXCESS';'004150701';'004150701' EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: HC7AACBQEK001
Cvg.: ACH-21

Insd: Advanced Correctional Healthcare, Inc.
Carrier: Ironshore Insurance Services LLC

Term: 8/1/2021 to 8/1/2022
Term: 8/1/2021 to 8/1/2022

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Claim Type | | Status | | Location | | Cause Code | | | | | LAEPaid | Indem Paid | Total Paid |
| Claimant Name | | | Insureds | | | | | LAEPending | Indem Pending | Total Pending |
| M.Stat Age Sex | Loss City, State | | | | | | | LAEReserve | Indem Reserve | Total Reserve |
| Alleged | | | | | | | | LAEIncurred | Indem Incurred | Total Incurred |

**Record 1**

| | | |
| --- | --- | --- |
| ACH-21-515460 | ATLSPC0003998 | Ironshore Insurance Services LLC |
| Suit | | CORR / DISSC |
| | | Lyon County Detention Center |
| Failes, William | | Advanced Correctional Healthcare, Inc. |
| 48 | Emporia, KS | |

Incident: 2/9/2022   Claim: 04/26/2022   Reported: 4/26/2022

Paid:   Pend:   Resv:   Incur:

Pt allegedly he did not receive proper treatment for a shoulder injury

**Record 2**

| | | |
| --- | --- | --- |
| ACH-21-515290 | ATLSPC0003988 | Ironshore Insurance Services LLC |
| Suit | | CORR / DLY-DX |
| | | St. Charles County DOC |
| Garner, Oscar | | Valerie Walker / Jandi Cox |
| | St. Charles, MO | |

Incident: 12/15/2020   Claim: 04/25/2022   Reported: 4/25/2022

Paid:   Pend:   Resv:   Incur:

Pt not being properly treated for lactose intolerance and irritable bowel syndrome

**Record 3**

| | | |
| --- | --- | --- |
| ACH-21-496221 | | Ironshore Insurance Services LLC |
| Suit | | CORR / SUR-OTH |
| | | Knox County Jail |
| Gunter, Buddy Hal | | Advanced Correctional Healthcare, Inc. / Burgard / Nurse Melinda |
| | Galesburg, IL | |

Incident: 5/21/2021   Claim: 08/05/2021   Reported: 8/5/2021

Paid:   Pend:   Resv:   Incur:

Plaintiff alleges Defendants were DI to the serious medical condition failed to tx back injury suffered from fall

# Loss Run Report

### GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy#: HC7AACBQEK001**
**Cvg.: ACH-21**

Insd: Advanced Correctional Healthcare, Inc.     Term: 8/1/2021 to 8/1/2022
Carrier: Ironshore Insurance Services LLC     Term: 8/1/2021 to 8/1/2022

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Incident | Claim | Closed | Reported | Reopened |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Claim Type | Status | Location | | LAEPaid | | Indem Paid | Total Paid |
| Claimant Name | | Insureds | | LAEPending | | Indem Pending | Total Pending |
| M.Stat | Age | Sex | Loss City, State | Facility/Dept. | | LAEReserve | | Indem Reserve | Total Reserve |
| Alleged | | | Cause Code | | LAEIncurred | | Indem Incurred | Total Incurred |

ACH-21-514397   ATLSPC0003961   Ironshore Insurance Services LLC   1/24/2022   04/12/2022   4/12/2022

Suit                Alton City Jail                CORR

Harris, Jamal    David Ibrahim            FLR-TX

Alton, IL

Paid:
Pend:
Resv:
Incur:

Alleges that Dr. refused to order a head CT scan that Plaintiff claims is needed semiannually

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR':'UFL0059924-01';'UFL0059924-01 SIR':'UFL0059924-02';'UFL0059924-02 SIR':'004150700';'004150700 EXCESS':'004150701';'004150701 EXCESS':'HC7AACBQEK001';'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: **HC7AACBQEK001**
Cvg.: **ACH-21**
Insd: **Advanced Correctional Healthcare, Inc.**
Carrier: **Ironshore Insurance Services LLC**

Term: 8/1/2021 to 8/1/2022
Term: 8/1/2021 to 8/1/2022

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Claim Type | | Location | Cause Code | | LAEPaid | | Indem Paid | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | | Indem Pending | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | | Indem Reserve | Total Reserve |
| Alleged | | | | | LAEIncurred | | Indem Incurred | Total Incurred |

**ACH-21-518617**  ATLSPC0003396 Ironshore Insurance Services LLC  CORR  4/4/2022  06/09/2022  6/9/2022
Suit  Peoria County Jail - from 12/2006  FLR-PPME  Paid:
**Jones,  Qwanell** Superier  Jana Huston / Hanna Copeland / Patricia Eddlemon / Ashley Jones /  Pend:
Peoria, IL  Carrie Roe  Resv:
Incur:

Pt c/o that he has not been provided with appropriate treatment or pain medication for chronic back pain

**ACH-21-515901**  ATLSPC0004011 Ironshore Insurance Services LLC  CORR  6/5/2020  05/03/2022  5/3/2022
Suit  Lawrence County Jail  DEL-DX  Paid:
**King, Roger S. - Jr.**  Melody Holt  Pend:
Bedford, IN  Resv:
Incur:

Pt alleges she was not timely diagnosed and treated for a staph infection

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701 EXCESS';'004150701 EXCESS';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".*

| Policy: **HC7AACBQEK001** | **Insd: Advanced Correctional Healthcare, Inc.** | **Term: 8/1/2021 to 8/1/2022** |
|---|---|---|
| Cvg.: **ACH-21** | **Carrier: Ironshore Insurance Services LLC** | **Term: 8/1/2021 to 8/1/2022** |

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type Status | | Location | Cause Code | | LAEPaid | IndemPaid | IndemPaid | TotalPaid |
| Claimant Name | | Insureds | | | LAEPending | IndemPending | IndemPending | TotalPending |
| M.Stat Age Sex | Loss City, State | | | | LAEReserve | IndemReserve | IndemReserve | TotalReserve |
| Alleged | | | | | LAEIncurred | IndemIncurred | IndemIncurred | TotalIncurred |

**ACH-21-515896**
Suit
**Mccray,Makayla**
Emporia, KS

Ironshore Insurance Services LLC
Lyon County Detention Center
Ashley Steele

CORR
MED-DENI

| | Incident | Claim | Closed | Reported |
|---|---|---|---|---|
| | 2/24/2022 | 05/03/2022 | | 5/3/2022 |
| | | 05/03/2022 | | |
| Paid: | | | | |
| Pend: | | | | |
| Resv: | | | | |
| Incur: | | | | |

Pt alleges that she was not provided with medications at the jail

**ACH-21-497530**
Suit
**Morlan, Earl**
Salem,IL

Ironshore Insurance Services LLC
Marion County Jail
Danielle-Ward

CORR
CAR-CONT

| | Incident | Claim | Closed | Reported |
|---|---|---|---|---|
| | 8/15/2021 | 08/24/2021 | | 8/24/2021 |
| Paid: | | | | |
| Pend: | | | | |
| Resv: | | | | |
| Incur: | | | | |

Pt w/hx of heart attack  had a chest pain, pt c/o tx not provided from hospital

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

Policy Number in ('UFL0059924-00':'UFL0059924-00 SIR':'UFL0059924-01':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700'
EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

| | | |
|---|---|---|
| Policy: **HC7AACBQEK001** | Insd: Advanced Correctional Healthcare, Inc. | Term: 8/1/2021 to 8/1/2022 |
| Cvg.: **ACH-21** | Carrier: Ironshore Insurance Services LLC | Term: 8/1/2021 to 8/1/2022 |

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type   Status | | Location | Cause Code | | LAEPaid | IndemPaid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | IndemPending | | Total Pending |
| M.Stat Age Sex   Loss City, State | | | | | LAEReserve | IndemReserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | IndemIncurred | | Total Incurred |

ACH-21-501364 — Ironshore Insurance Services LLC — CORR — 8/6/2020 — DC-DC-De
Suit — Sangamon County Detention Facility — 10/19/2021 | 8/12/2022 | 10/19/2021
Morrow, Timothy — Advanced Correctional Healthcare, Inc. / Lochard
Springfield, IL
Paid: / Pend: / Resv: / Incur:

C/O no proper tx for seizure disorder, arachnoid cyst in brain, C/O suffered seizures in the jail and was given Keppra

ACH-21-517138 — ATLSPC0003396 Ironshore Insurance Services LLC — CORR — 1/27/2022 — OTHER
Suit — Whiteside County Jail — 05/19/2022 | | 5/19/2022
Palmer, Dustin A. — Kim Cavazos / Lauri Hassler
27 M Morrison, IL
Paid: / Pend: / Resv: / Incur:

Pt c/o regarding his dental care r/i infected and painful

ACH-21-512550 — ATLSPC0003940 Ironshore Insurance Services LLC — CORR — 2/5/2020 — SUR-OTH
Suit — Clinton County Jail — 03/30/2022 | | 3/30/2022
Quarles, Marion DeShone — Hughes Lochard, M.D.
Carlyle, IL
Paid: / Pend: / Resv: / Incur:

Denial of medical care after hemorrhoid surgery, denial of religious diet, denial of handicap bathroom

ACH-21-515820 — Ironshore Insurance Services LLC — CORR — 2/11/2022 — MED-DOSE
Suit — Peoria County Jail - from 12/2006 — 05/02/2022 | | 5/2/2022
Rusk, Nicholas — Patricia Eddlemon
Peoria, IL
Paid: / Pend: / Resv: / Incur: 0

Rusk claims that he was denied appropriate mental health medications, causing him to be unfit for trial

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00':'UFL0059924-01':'UFL0059924-02 SIR':'UFL0059924-02 SIR':'004150700':'004150700':'004150700'*
*EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy:HC7AACBQEK001**
**Cvg.: ACH-21**

**Insd: Advanced Correctional Healthcare, Inc.**
**Carrier: Ironshore Insurance Services LLC**

**Term: 8/1/2021 to 8/1/2022**
**Term: 8/1/2021 to 8/1/2022**

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Claim Type Status | | Location | Cause Code | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat Age Sex Loss City, State | | | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |
| ACH-21-515295 | | Ironshore Insurance Services LLC | CORR | 3/7/2019 | 04/25/2022 | | 4/25/2022 | |
| Suit | | Phelps County Jail | DISSC | Paid: | | | | |
| Scrivens, Shawn Henry | | Paul Burris / Karen Doerry / Lisa Kelly | | Pend: | | | | |
| Rolla, MO | | | | Resv: | | | | |
| | | | | Incur: | | | | |
| Pt alleges that he did not receive proper care for diabetes in the jail | | | | | | | | |
| ACH-21-508758 | | Ironshore Insurance Services LLC | CORR | 1/2/2022 | 02/02/2022 | 2/4/2022 | 2/2/2022 | |
| Suit | | Cole County Jail | COVIDVAC | Paid: | | | | |
| Smith, Jack Lee | | Advanced Correctional Healthcare, Inc. | | Pend: | | | | |
| Jefferson City, MO | | | | Resv: | | | | |
| | | | | Incur: | | | | |
| COVID-19. Inmate did not receive the COVID-19 vaccination alleges issues with getting his heart meds in the Jail. | | | | | | | | |
| ACH-21-498743 | ATLSPC0003471 | Ironshore Insurance Services LLC | CORR | 6/21/2019 | 09/10/2021 | | 9/10/2021 | |
| Suit | | Johnson County Jail | NGL-OTHR | Paid: | | | | |
| Stewart, Brian | | Advanced Correctional Healthcare, Inc. | | Pend: | | | | |
| Franklin, IN | | | | Resv: | | | | |
| | | | | Incur: | | | | |
| Pt c/o he was denied crutches and a boot after orthopedic sx on his leg and foot. | | | | | | | | |

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

Policy Number in ('UFL0059924-00':'UFL0059924-00 SIR':'UFL0059924-01':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700
EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

**Policy: HC7AACBQEK001**          **Insd: Advanced Correctional Healthcare, Inc.**          Term: 8/1/2021 to 8/1/2022
**Cvg.: ACH-21**          **Carrier: Ironshore Insurance Services LLC**          Term: 8/1/2021 to 8/1/2022
Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type   Status | | Location | Cause Code | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat Age Sex   Loss City, State | | | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

**ACH-21-518504**          Ironshore Insurance Services LLC          CORR          5/17/2017   06/08/2022          6/8/2022
Suit          Taney County Jail          FALO-PL
**Strahley, Jeffrey**          Karen Doerry / Tonya Clare / Clare Harris / H Hollrah
45   M   Forsyth, MO

Paid:
Pend:
Resv:
Incur:

Pt fall rí in injuryhe was required to use a top bunk and fell from the bunk, dislocating his shoulder. They claim that he suffered from seizures and should not have been assigned a top
bunk

**ACH-21-522543**          Ironshore Insurance Services LLC          CORR          7/30/2019   07/29/2022          7/29/2022
Suit          Jackson County Detention Center          DELIBIN
**Taylor, George A.**          Advanced Correctional Healthcare, Inc. / Laura Renee Voss, D.O.
M   Kansas City, MO

Paid:
Pend:
Resv:
Incur:

Fit to provide IM w/ Keytruda for lung cancer and tx other medical conditions

**ACH-21-509663**          Ironshore Insurance Services LLC          CORR          11/30/2021   02/15/2022          2/15/2022
Suit          Sangamon County Detention Facility          DENIAL
**Townsend, Robert**          Hughes Lochard, M.D. / Sarah Lehmann
Springfield,IL

Paid:
Pend:
Resv:
Incur:

Refused to continue medications

**ACH-21-516689**          ATLSPC0004051 Ironshore Insurance Services LLC          CORR          7/27/2017   05/13/2022          5/13/2022
Suit          Sangamon County Detention Facility          OTHER
**Trujillo, Moises**          Arun Abraham, M.D. / Kate Daniels
Springfield,IL

Paid:
Pend:
Resv:
Incur:

Pt that his testicular pain and hernia were not properly treated.

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy: HC7AACBQEK001**
**Cvg.: ACH-21**

**Insd: Advanced Correctional Healthcare, Inc.**
**Carrier: Ironshore Insurance Services LLC**

**Term: 8/1/2021 to 8/1/2022**
**Term: 8/1/2021 to 8/1/2022**

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | | Location | Cause Code | | LAEPaid | | Indem Paid | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | | Indem Pending | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | | Indem Reserve | Total Reserve |
| Alleged | | | | | LAEIncurred | | Indem Incurred | Total Incurred |

| ACH-21-505191 | ATLSPC0003396 | Ironshore Insurance Services LLC | CORR | 10/6/2021 | | | 12/20/2021 | 5/13/2022 |
|---|---|---|---|---|---|---|---|---|
| Suit | | | DENIAL | | Paid: | | | |
| Williams, Trayon L. | | Butler County Adult Detention Facility | | | Pend: | | | |
| 26 | M | El Dorado, KS | Kilgore / Nurse Brooke Oberly | | Resv: | | | |
| | | | | | Incur: | | | |

Pt c/o improper medications.

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

Policy Number in ('UFL0059924-00';'UFL0059924-00' SIR';'UFL0059924-01' SIR';'UFL0059924-01';'UFL0059924-02';'UFL0059924-02' SIR';'004150700';'004150700'
EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001' EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".

**Policy: HC7AACBQEK002**
**Cvg.: ACH-22**

**Insd: Advanced Correctional Healthcare, Inc.**
**Carrier: Ironshore Insurance Services LLC**

**Term: 8/1/2022 to 8/1/2023**
**Term: 8/1/2022 to 8/1/2023**

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | Cause Code | | LAEPaid | IndemPaid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | IndemPending | | Total Pending |
| M.Stat Age Sex | Loss City, State | | | | LAEReserve | IndemReserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | IndemIncurred | | Total Incurred |

| ACH-22-530894 | ATLSPC0004540 | Ironshore Insurance Services LLC | CORR | 10/4/2022 | 11/16/2022 | 11/16/2022 | 11/16/2022 | |
| Suit | | Pettis County Jail | MED-DENI | Paid: | | | | |
| Doe, John | | Advanced Correctional Healthcare, Inc. | | Pend: | | | | |
| 38 M | Sedalia, MO | | | Resv: | | | | |
| | | | | Incur: | | | | 0 |

Pt c/o that he was denied care or medications for his HIV infection

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

Policy Number in ('UFL0059924-00':'UFL0059924-01':'UFL0059924-00 SIR':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700
EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

**Policy:** HC7AACBQEK002
**Cvg.:** ACH-22

**Insd:** Advanced Correctional Healthcare, Inc.
**Carrier:** Ironshore Insurance Services LLC

**Term: 8/1/2022 to 8/1/2023**
**Term: 8/1/2022 to 8/1/2023**

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | Cause Code | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat Age Sex | Loss City, State | | | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

ACH-22-531646   ATLSPC0004576  Ironshore Insurance Services LLC   CORR   2/28/2020  11/29/2022  Paid:   11/29/2022
Suit                            Fond du Lac County Jail          MED-OTH              Pend:
Hicks, Desmond                  Advanced Correctional Healthcare, Inc.               Resv:
          Fond Du Lac, WI                                                            Incur:

Failed to provide him with appropriate medical care for his chronic pain following an outside surgery

ACH-22-523393   ATLSPC0004292  Ironshore Insurance Services LLC   CORR   2/2/2022  08/10/2022  Paid:  8/10/2022
Suit                            Langlade County Jail             FLR-TX              Pend:
Malvick, Kevin Robert           Samantha Debroux, P.T.                              Resv:
          Antigo, WI                                                                Incur:

Failed to properly treat his diabetes, foot infection, and knee problems

ACH-22-523915   ATLSPC0004292  Ironshore Insurance Services LLC   CORR   3/16/2022  08/16/2022  Paid:  8/16/2022
Suit                            Sauk County Jail                 REFTX               Pend:
Maya, Jorge                     Advanced Correctional Healthcare, Inc. / Amber Femingkoh   Resv:
    61    M    Baraboo, WI                                                           Incur:

Pt c/o denied treatment for HIV

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

*Policy Number in ('UFL0059924-00';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700';'004150700'
EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy:HC7AACBQEK002**
**Cvg.:ACH-22**
**Insd: Advanced Correctional Healthcare, Inc.**
**Carrier: Ironshore Insurance Services LLC**
**Term: 8/1/2022 to 8/1/2023**
**Term: 8/1/2022 to 8/1/2023**

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Claim Type Status | | Location | Cause Code | | LAEPaid | Indem Paid | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | Total Pending |
| M.Stat Age Sex Loss City, State | | | | | LAEReserve | Indem Reserve | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | Total Incurred |

---

**ACH-22-527787** ATLSPC0004414 Ironshore Insurance Services LLC CORR 1/13/2022 10/03/2022 10/3/2022
Suit Rock County Jail DEL-TX Paid:
**McEachin, Keyon M.** Brandi Malcook Pend:
Janesville, WI Resv:
Incur:

Failed to treat his injuries correctional officer shoved him into a wall, injuring his head and neck, and put him into a chokehold and that the medical staff failed to treat his injuries. He claims that nurses took his vitals but did nothing after.

---

**ACH-22-524935** ATLSPC0004318 Ironshore Insurance Services LLC CORR 5/2/2022 08/29/2022 8/29/2022
Suit Peoria County Jail - from 12/2006 DISSC Paid:
**Moore, Jamarco** Patricia Eddlemon Pend:
Peoria, IL Resv:
Incur:

Pt c/o provided with appropriate evaluation and treatment.

---

**ACH-22-533069** ATLSPC0004262 Ironshore Insurance Services LLC CORR 5/23/2021 12/19/2022 12/19/2022
Suit Christian County Correctional Center MED-DENI Paid:
**Reynolds, John** Mary Dambacher, N.P. Pend:
Taylorville, IL Resv:
Incur:

Pt denied medication

---

**ACH-22-524895** Ironshore Insurance Services LLC CORR 11/12/2021 08/29/2022 8/29/2022
Suit Madison County Jail MED-OTH Paid:
**Shaffer, Clayton** Advanced Correctional Healthcare, Inc./ Mary Dambacher Pend:
Edwardsville, IL Resv:
Incur:

Pt C/o about not receiving medication after surgery

# Loss Run Report

**GB Specialty, a division of Gallagher Bassett Services**

Policy Number in ('UFL0059924-00':'UFL0059924-00 SIR':'UFL0059924-01':'UFL0059924-01 SIR':'UFL0059924-02':'UFL0059924-02 SIR':'004150700':'004150700'
EXCESS':'004150701':'004150701 EXCESS':'HC7AACBQEK001':'HC7AACBQEK001 EXCESS':'HC7AACBQEK002') and Claim Type equals "Suit".

Policy: **HC7AACBQEK002**      Insd: Advanced Correctional Healthcare, Inc.                    Term: **8/1/2022 to 8/1/2023**
Cvg.: **ACH-22**              Carrier: Ironshore Insurance Services LLC                       Term: **8/1/2022 to 8/1/2023**

Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | Cause Code | | LAEPaid | Indem Paid | Indem Paid | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | Indem Pending | Total Pending |
| M.Stat | Age | Sex | Loss City, State | | | LAEReserve | Indem Reserve | Indem Reserve | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | Indem Incurred | Total Incurred |

**ACH-22-530982**
Suit
Ironshore Insurance Services LLC
Marion County Jail
Hughes Lochard, M.D.
INPAT
DISSC
11/16/2022   11/17/2022   11/17/2022

**Wallace, Jesse**
Salem, IL

Paid:
Pend:
Resv:
Incur:

Alleging that he has been experiencing blood in his stool, swollen testicles, and pain related to a cyst in his stomach

**ACH-22-533068**
Suit
Ironshore Insurance Services LLC
St. Charles County DOC
Jessica Mendez, R.N.
INPT
FLR-TX
7/12/2022   12/19/2022   12/19/2022

**Young, Dominic A.**
28  M  St. Charles, MO

Paid:
Pend:
Resv:
Incur:

Failed to provide treatment r/i no injury

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002';'HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy:** HC7AACBQEK002  
**Insd:** Advanced Correctional Healthcare, Inc.     **Term:** 8/1/2022 to 8/1/2023  
**Cvg.:** ACH-22  
**Carrier:** Ironshore Insurance Services LLC     **Term:** 8/1/2022 to 8/1/2023  

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | Facility/Dept. | Incident | Claim | Closed | Reported | Reopened |
|---|---|---|---|---|---|---|---|---|
| Claim Type | Status | Location | Cause Code | | LAEPaid | IndemPaid | IndemPaid | TotalPaid |
| Claimant Name | | Insureds | | | LAEPending | IndemPending | IndemPending | TotalPending |
| M.Stat Age Sex | Loss City, State | | | | LAEReserve | IndemReserve | TotalReserve |
| Alleged | | | | | LAEIncurred | IndemIncurred | TotalIncurred |

# Loss Run Report

## GB Specialty, a division of Gallagher Bassett Services

*Policy Number in ('UFL0059924-00';'UFL0059924-00 SIR';'UFL0059924-01';'UFL0059924-01 SIR';'UFL0059924-02';'UFL0059924-02 SIR';'004150700';'004150700 EXCESS';'004150701';'004150701 EXCESS';'HC7AACBQEK001';'HC7AACBQEK001 EXCESS';'HC7AACBQEK002') and Claim Type equals "Suit".*

**Policy: HC7AACBQEK002**    **Insd: Advanced Correctional Healthcare, Inc.**    **Term: 8/1/2022 to 8/1/2023**

**Cvg.: ACH-22**    **Carrier: Ironshore Insurance Services LLC**    **Term: 8/1/2022 to 8/1/2023**

**Standard Ground Up losses. Includes SIR, Deductibles, and covered losses.**

| Claim Number | Carrier Claim # | Carrier Name | | Incident | Claim | Closed | Reported | Reopened |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Claim Type | Status | Location | | | LAEPaid | Indem Paid | | Total Paid |
| Claimant Name | | Insureds | | | LAEPending | Indem Pending | | Total Pending |
| M.Stat | Age | Sex | Loss City, State | Facility/Dept. Cause Code | | LAEReserve | Indem Reserve | | Total Reserve |
| Alleged | | | | | LAEIncurred | Indem Incurred | | Total Incurred |

# End Of Report