Verdict Form 20-13218

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL VICTOR,

    Plaintiff,

v.

KIMBERLY REYNOLDS and ADVANCED
CORRECTIONAL HEALTHCARE, INC.,

    Defendants.
_____/

Case No. 1:20-cv-13218

Honorable Thomas L. Ludington
United States District Judge

**VERDICT FORM**

Verdict Form 20-13218

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL VICTOR,

    Plaintiff,

v.

KIMBERLY REYNOLDS and ADVANCED
CORRECTIONAL HEALTHCARE, INC.,

    Defendants.
_____/

Case No. 1:20-cv-13218

Honorable Thomas L. Ludington
United States District Judge

**VERDICT FORM**

We, the jury, find that the following questions should be answered as indicated:

(1) **COUNT ONE: EIGHTH AMENDMENT DELIBERATE INDIFFERENCE— DEFENDANT KIMBERLY REYNOLDS ONLY**

    (A) Did Mr. Victor prove by a preponderance of the evidence that he had an objectively serious medical need while confined at Otsego County Jail on April 28, 2019?

        YES  ✓       NO _____

*If your answer is "NO," go to Question 2, on Page 4. If your answer is "YES," go to Question 1(B).*

    (B) Did Mr. Victor prove by a preponderance of the evidence that Otsego County Jail staff told Ms. Reynolds about his serious medical need while he was confined at Otsego County Jail on April 28, 2019?

        YES _____      NO  ✓ 

*If your answer is "NO," go to Question 2 on Page 4. If your answer is "YES," go to Question 1(C).*

-2-

Verdict Form 20-13218

(C) Did Mr. Victor prove by a preponderance of the evidence that Ms. Reynolds consciously failed to take reasonable measures to treat his serious medical need, amounting to deliberate indifference?

YES _____  NO _____

*If your answer is "NO," go to Question 2 on Page 4. If your answer is "YES," go to Question 1(D).*

(D) Did Mr. Victor prove by a preponderance of the evidence that Ms. Reynolds's conscious disregard of his serious medical need injured him or caused him harm?

YES _____  NO _____

*If you answered "NO," go to Question 2 on the next page. If you answered "YES," check the box below and go to Question 2 on the next page.*

*Check the box below ONLY if you answered "YES" to all four sections within Question 1.*

☐

Verdict Form 20-13218

(2) **COUNT TWO: EIGHTH AMENDMENT DELIBERATE INDIFFERENCE— DEFENDANT ACH ONLY (CUSTOM CLAIM)**

   (A) Did Mr. Victor prove by a preponderance of the evidence that he had an objectively serious medical need while confined at Otsego County Jail on April 28, 2019?

   YES __✓__        NO _____

   *If your answer is "NO," go to Question 3 on Page 6. If your answer is "YES," go to Question 2(B).*

   (B) Did Mr. Victor prove by a preponderance of the evidence that Otsego County Jail staff told an ACH employee about his serious medical need while he was confined at Otsego County Jail on April 28, 2019?

   YES __✓__        NO _____

   *If your answer is "NO," go to Question 3 on Page 6. If your answer is "YES," go to Question 2(C).*

   (C) Did Mr. Victor prove by a preponderance of the evidence that an ACH employee consciously failed to take reasonable measures to treat Plaintiff's serious medical need?

   YES __✓__        NO _____

   *If your answer is "NO," go to Question 3 on Page 6. If your answer is "YES," go to Question 2(D).*

   (D) Did Mr. Victor prove by a preponderance of the evidence that he was harmed as a result of an ACH employee's conscious disregard of his serious medical need?

   YES __✓__        NO _____

   *If your answer is "NO," go to Question 3 on Page 6. If your answer is "YES," go to Question 2(E).*

(E) Did Mr. Victor prove by a preponderance of the evidence that ACH had a persistent and widespread custom or practice of withholding inmate medication on April 28, 2019?

YES ✓     NO _____

*If your answer is "NO," go to Question 3 on Page 6. If your answer is "YES," go to Question 2(F).*

(F) Did Mr. Victor prove by a preponderance of the evidence that ACH's custom or practice of withholding inmate medication caused an ACH employee to consciously disregard his serious medical need?

YES ✓     NO _____

*If you answered "NO," go to Question 3 on the next page. If you answered "YES," check the box below and go to Question 3 on the next page.*

*Check the box below ONLY if you answered "YES" to all six sections within Question 2.*



(3) **COUNT TWO: EITHTH AMENDMENT DELIBERATE INDIFFERENCE—DEFENDANT ACH ONLY (FAILURE TO TRAIN CLAIM)**

    (A)    Did Mr. Victor prove by a preponderance of the evidence that he had an objectively serious medical need while confined at Otsego County Jail on April 28, 2019?

             YES ✓        NO _____

*If your answer is "NO," go to Question 4 on Page 8. If your answer is "YES," go to Question 3(B).*

    (B)    Did Mr. Victor prove by a preponderance of the evidence that Otsego County Jail staff told an ACH employee about his serious medical need while he was confined at Otsego County Jail on April 28, 2019?

             YES ✓        NO _____

*If your answer is "NO," go to Question 4 on Page 8. If your answer is "YES," go to Question 3(C).*

    (C)    Did Mr. Victor prove by a preponderance of the evidence that an ACH employee consciously failed to take reasonable measures to treat his serious medical need?

             YES ✓        NO _____

*If your answer is "NO," go to Question 4 on Page 8. If your answer is "YES," go to Question 3(D).*

    (D)    Did Mr. Victor prove by a preponderance of the evidence that he was injured as a result of an ACH employee's conscious disregard of his serious medical need?

             YES ✓       NO _____

*If your answer is "NO," go to Question 4 on Page 8. If your answer is "YES," go to Question 3(E).*

(E)     Did Mr. Victor prove by a preponderance of the evidence that ACH's training program was inadequate to train its employees to address recurring requests for medication by inmates?

         YES  ✓          NO _____

*If your answer is "NO," go to Question 4 on Page 8. If your answer is "YES," go to Question 3(F).*

(F)     Did Mr. Victor prove by a preponderance of the evidence that ACH knew it was highly predicable that its employees would be deliberately indifferent to serious inmate medical needs without more or different training, either because there was a pattern of similar historical constitutional violations or because constitutional violations in this context would be so likely to occur that no historical pattern is needed to place ACH on notice?

         YES _____          NO ✓

*If your answer is "NO," go to Question 4 on Page 6. If your answer is "YES," go to Question 3(G).*

(G)     Did Mr. Victor prove by a preponderance of the evidence that ACH's inadequate training caused one of its employees to consciously disregard his serious medical need?

         YES _____          NO _____

*If you answered "NO," go to Question 4 on the next page. If you answered "YES," check the box below and go to Question 4 on the next page.*

*Check the box below ONLY if you answered "YES" to all seven sections within Question 3.*

☐

**(4) DAMAGES**

*STOP. ONLY PROCEED IF YOU CHECKED AT LEAST ONE BOX AT THE END OF QUESTIONS 1, 2, OR 3. IF YOU HAVE NOT CHECKED ANY OF THE BOXES AT THE END OF QUESTIONS 1, 2, OR 3, GO TO PAGE 11 AND FOLLOW THE CONCLUDING INSTRUCTION.*

(A) If you find that Mr. Victor has sustained <u>economic damages</u>, what is the total amount of damages you conclude Mr. Victor should be awarded to fairly compensate him for the medical care and supplies he reasonably needed and actually received, his lost salary, lost wages, lost profits, and/or lost earning capacity?

AMOUNT: $ 20,000.00

*Proceed to Question 4(B).*

(B) If you find that Mr. Victor is reasonably certain to need medical care and supplies in the future, or that Mr. Victor is reasonably certain to have a diminished ability to work in the future what is the total amount for each year in which you find Mr. Victor will incur <u>future economic damages</u>?

2024: $ _____    2025: $ _____

2026: $ _____    2027: $ _____

2028: $ _____    2029: $ _____

2030: $ _____    2031: $ _____

2032: $ _____    2033: $ _____

2034: $ _____    2035: $ _____

2036: $ _____    2037: $ _____

2038: $ _____    2039: $ _____

2040: $ _____    2041: $ _____

2042: $ _____    2043: $ _____

Verdict Form 20-13218

| | |
|---|---|
| 2044: $_____ | 2045: $_____ |
| 2046: $_____ | 2047: $_____ |
| 2048: $_____ | 2049: $_____ |
| 2050: $_____ | 2051: $_____ |
| 2052: $_____ | 2053: $_____ |

*Proceed to Question 4(C).*

(C) If you find that Mr. Victor has sustained <u>noneconomic damages</u> for pain and suffering, mental anguish, denial of social pleasure and enjoyment, depression and anxiety, and embarrassment, humiliation, or mortification, what is the amount of damages you conclude Mr. Victor should be awarded to fairly compensate him for noneconomic damages from April 28, 2019, until today's date?

AMOUNT: $50,000.00

*Proceed to Question 4(D).*

(D) If you find that Mr. Victor is reasonably certain to sustain noneconomic damages in the future for pain and suffering, mental anguish, denial of social pleasure and enjoyment, depression and anxiety, and embarrassment, humiliation, or mortification, what is the total amount for each year in which you find Mr. Victor will incur <u>future noneconomic damages</u>?

| | |
|---|---|
| 2024: $_____ | 2025: $_____ |
| 2026: $_____ | 2027: $_____ |
| 2028: $_____ | 2029: $_____ |
| 2030: $_____ | 2031: $_____ |
| 2032: $_____ | 2033: $_____ |
| 2034: $_____ | 2035: $_____ |

Verdict Form 20-13218

2036: $_____        2037: $_____

2038: $_____        2039: $_____

2040: $_____        2041: $_____

2042: $_____        2043: $_____

2044: $_____        2045: $_____

2046: $_____        2047: $_____

2048: $_____        2049: $_____

2050: $_____        2051: $_____

2052: $_____        2053: $_____

*Proceed to Question 4(E).*

(E)  If you find that Mr. Victor proved by a preponderance of the evidence that ~~the~~ ~~George~~ ~~holds~~ ~~and~~ Advanced Correctional Healthcare, Inc. engaged in conduct that was malicious or in reckless disregard for Plaintiff's rights, what is the amount of punitive damages you conclude is reasonably sufficient to punish Defendant or to serve as an example or warning to others to refrain from engaging in similar conduct?

AMOUNT:  $   700,000.00

*Proceed to the next page and follow the Concluding Instruction.*

- 10 -

Verdict Form 20-13218

## CONCLUDING INSTRUCTION

If you have properly followed the jury instructions that accompany this Verdict Form you will have completed your deliberations when you have reached this point. Please review the Verdict Form once more to make sure that you have answered all the questions that you were called upon to answer by the instructions and that you have recorded no response to the questions that, under the instructions, there was no occasion for you to address. After you have completed your review, your foreperson should place his or her signature, the date, and his or her printed name in the appropriate spaces below. Once the foreperson has done this, place the completed verdict form in the privacy folder and use the call button to notify the bailiff that you have reached a verdict.

*Jury Foreperson Name:* _____

*Jury Foreperson Signature:* s/Jury Foreperson
In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

*Date:* 3\19\24