UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL VICTOR,

        Plaintiff,        Case No. 1:20-cv-13218

v.        Honorable Thomas L. Ludington
        United States District Judge

ADVANCED CORRECTIONAL
HEALTHCARE, INC.,        Honorable Patricia T. Morris
        United States Magistrate Judge

        Defendant.
_____/

## JUDGMENT

In accordance with the Opinion & Order issued today:

It is **ORDERED** that Defendant Advanced Correctional Healthcare, Inc.'s Motion for Judgement as a Matter of Law, ECF No. 175, is **GRANTED.**

Further, it is **ORDERED** that Defendant Advanced Correctional Healthcare, Inc.'s Motion for a New Trial, ECF No. 180, is **CONDITIONALLY GRANTED.**

Further, it is **ORDERED** that the March 2024 Judgment, ECF No. 166, is **VACATED.**

Further, it is **ORDERED** that Judgment is **ENTERED** in favor of Defendant Advanced Correctional Healthcare, Inc. on Count II, Plaintiff's *Monell* claim.

Further, it is **ORDERED** that Defendant Advanced Correctional Healthcare, Inc.'s Motion to Amend or Alter the March 2024 Judgment, ECF No. 181, is **DENIED AS MOOT.**

Further, it is **ORDERED** that Plaintiff's Motion for Attorney's Fees, ECF No. 173, is **DENIED AS MOOT.**

- 2 -

**This is a final order and closes the above-captioned case.**

Dated: February 28, 2025         s/Thomas L. Ludington
                                 THOMAS L. LUDINGTON
                                 United States District Judge